ORIGINAL

ARTHUR E. ROSS, #1005
126 QUEEN STREET, SUITE 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 521-2323

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiffs
BARBARA KALANIKIEKIE
KAAPUNI, JON HANS
KAAPUNI, Sr., PAMELA
NOHOLANI KAAPUNI, JON
HANS KAAPUNI, Jr., FALLON
KALANIKIEKIE KAAPUNI,
AND TYRAH NOHOLANI
KAAPUNI by her best friend
JON HANS KAAPUNI, Sr.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 30 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, JON HANS KAAPUNI, Sr., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, Jr., FALLON KALANIKIEKIE KAAPUNI, AND TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, Sr.,<br><br>Plaintiffs,<br><br>vs. | CIVIL NO. CV-04-00449-SOM-LEK<br><br>PLAINTIFFS' CONCISE STATEMENT OF FACTS RE: CARLTON HELM, CHRISTINA HALL, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, AND KEANA BROWNS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BARBARA KALANIKIEKIE KAAPUNI; CERTIFICATE OF SERVICE<br><br>**HEARING:** |

| | | |
|---|---|---|
| CARLTON HELM, in his individual capacity, STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, AND THE COUNTY OF MAUI,<br><br>　　　　　　　Defendants. | DATE:<br><br>TIME:<br><br>JUDGE: | January 17, 2006<br><br>9:30 a.m.<br><br>Hon. Susan Oki Mollway |

### PLAINTIFFS' CONCISE STATEMENT OF FACTS RE: CARLTON HELM, CHRISTINA HALL, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS AND KAENA BROWN'S MOTION FOR SUMMARY JUDGMENT

The Plaintiffs by and through their attorneys Arthur E. Ross, Esq. and Rory Soares Toomey, Esq. and pursuant to L. R. 56.1 and submits the following concise statement of the facts supporting his motion for partial summary judgment.

| FACTS | CITATIONS |
|---|---|
| On the early morning of January 24, 2004, Plaintiff Barbara Kalanikiekie Kaapuni (hereinafter referred to as Ms. Kaapuni) was at her home located at 859 Kikipua Street, Kaunakakai, Hawaii 96748. | Declaration of Barbara Kalanikiekie Kaapuni, page 1 |
| Ms. Kaapuni does not have her own bedroom and as a result I sleep in the living room. | id |

2

| | |
|---|---|
| Ms. Kaapuni was awake when the police forced their way into the locked house located at 859 Kikipua Street, Kaunakakai, Hawaii 96748. | id |
| The police did not knock at the door, announce themselves, or demand entry in to the house located at 859 Kikipua Street, Kaunakakai, Hawaii 96748. | id, page 2 |
| Had they done so, Ms. Kaapuni would have opened the door to them. | id |
| The First Ms. Kaapuni knew that there were people entering her home was when I heard the glass from the sliding doors shatter. | id |

DATED: Honolulu, Hawaii, <u>December 30, 2005</u>

                                          Respectfully Submitted

                                          /s/ signature

                                          ARTHUR E. ROSS
                                          RORY SOARES TOOMEY
                                          Attorneys for Plaintiffs
                                          BARBARA KALANIKIEKIE
                                          KAAPUNI, JON HANS
                                          KAAPUNI, Sr., PAMELA
                                          NOHOLANI KAAPUNI, JON
                                          HANS KAAPUNI, Jr., FALLON
                                          KALANIKIEKIE KAAPUNI,
                                          AND TYRAH NOHOLANI
                                          KAAPUNI by her best friend
                                          JON HANS KAAPUNI, Sr.