IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI ET AL, | CIVIL NO. CV-04-00449-SOM-LEK |
| Plaintiffs, | DECLARATION OF BARBARA KALANIKIEKIE KAAPUNI |
| vs. | |
| CARLTON HELM, in his individual capacity, ET AL, | |
| Defendants. | |

## DECLARATION OF BARBARA KALANIKIEKIE KAAPUNI

**Barbara Kalanikiekie Kaapuni declares as follows:**

1. I am one of the Plaintiffs in this matter.

2. I make this declaration of my own personal knowledge unless otherwise indicated.

3. On the early morning of January 24, 2004, I was in my home located at 859 Kikipua Street, Kaunakakai, Hawaii 96748.

4. I do not have my own bedroom and as a result I sleep in the living room.

5. I was awake when the police forced their way into the locked house located at 859 Kikipua Street, Kaunakakai, Hawaii 96748.

5. The police did not knock at the door, announce themselves, or demand entry in to the house located at 859 Kikipua Street, Kaunakakai, Hawaii 96748.

6. Had they done so, I would have opened the door to them.

7. The First I knew that there were people entering my home when I heard the glass from the sliding doors shatter.

8. I first thought that there had been an explosion and that the people who entering my home were gang members robbing the house.

**BARBARA KALANIKIEKIE KAAPUNI SWEARS UNDER PENALTY OF FEDERAL LAW THAT THE FORGOING IS TRUE AND CORRECT.**

DATED: Kaunakakai, Hawaii, _Dec. 30 2005_

*Barbara Kalanikiekie Kaapuni*
BARBARA KALANIKIEKIE KAAPUNI

2