**ORIGINAL**

ARTHUR E. ROSS, #1005
126 QUEEN STREET, SUITE 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 521-2323

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiffs
BARBARA KALANIKIEKIE
KAAPUNI, JON HANS
KAAPUNI, Sr., PAMELA
NOHOLANI KAAPUNI, JON
HANS KAAPUNI, Jr., FALLON
KALANIKIEKIE KAAPUNI,
AND TYRAH NOHOLANI
KAAPUNI by her best friend
JON HANS KAAPUNI, Sr.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 3 0 2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, JON HANS KAAPUNI, Sr., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, Jr., FALLON KALANIKIEKIE KAAPUNI, AND TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, Sr.,<br><br>Plaintiffs,<br><br>vs. | CIVIL NO. CV-04-00449-SOM-LEK<br><br>DECLARATION OF RORY SOARES TOOMEY; CERTIFICATE OF SERVICE |

| | |
|---|---|
| CARLTON HELM, in his individual capacity, STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual) capacity, AND THE COUNTY OF MAUI,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF RORY SOARES TOOMEY

**Rory Soares Toomey declares as follows:**

1. I am one of the attorneys for the Plaintiffs above-named.

2. The facts set forth in this declaration are based upon my personal knowledge unless otherwise indicated.

3. On the morning of December 30, 2005, I received Plaintiff Barbara Kalanikiekie Kaapuni (hereinafter referred to as Ms. Kaapuni) declaration, which is attached to <u>Plaintiffs' Concise Statement of Facts Re: Carlton Helm, Christina Hall, Kelly Pauole, Jamie Winfrey, Harold Manaois, and Kaena Brown's Motion for Summary Judgment</u>.

4. I have seen Ms. Kaapuni's signature on two other documents.

5.  I believe that the signature on Ms. Kaapuni's declaration matches the signature on the aforementioned documents.

6.  When the original declaration of Ms. Kaapuni arrives in the mail, it will be filed within a reasonable period of time.

**RORY SOARES TOOMEY DECLARES UNDER THE PENALTY OF FEDERAL LAW THAT THE FORGOING IS TRUE AND CORECT**

DATED: Honolulu, Hawaii, December 30, 2005

_____
RORY SOARES TOOMEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, JON HANS KAAPUNI, Sr., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, Jr., FALLON KALANIKIEKIE KAAPUNI, AND TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, in his individual capacity, STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual) capacity, AND THE COUNTY OF MAUI, <br><br> Defendants. | CIVIL NO. CV-04-00449-SOM-LEK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 30, 2005, a copy of the attached document was served by United States Mail, first class postage prepaid upon:

MOANA M. RAMAYA
200 S. HIGH STREET
WAILUKU, HAWAII 96793

Attorney for Defendant
COUNTY OF MAUI

DATED: Honolulu, Hawaii, December 30, 2005

_____
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys Plaintiffs
BARBARA KALANIKIEKIE
KAAPUNI, JON HANS
KAAPUNI, Sr., PAMELA
NOHOLANI KAAPUNI, JON
HANS KAAPUNI, Jr., FALLON
KALANIKIEKIE KAAPUNI,
AND TYRAH NOHOLANI
KAAPUNI by her best friend
JON HANS KAAPUNI, Sr.