ARTHUR E. ROSS, #1005
126 QUEEN STREET, SUITE 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 521-2323

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI ET AL,<br><br>Plaintiffs,<br><br>vs.<br><br>CARLTON HELM, in his individual capacity, ET AL,<br><br>Defendants. | CIVIL NO. CV-04-00449-SOM-LEK<br><br>DECLARATION OF RORY SOARES TOOMEY; EXHIBIT ONE; CERTIFICATE OF SERVICE<br><br>**HEARING:**<br><br>DATE:    January 17, 2006<br><br>TIME:    9:30 a. m.<br><br>JUDGE:  Hon. Susan Oki Mollway |

DECLARATION OF RORY SOARES TOOMEY

**Rory Soares Toomey declares as follows**

1. I am the attorney for the Plaintiffs above-named.

2. On Friday, December 30, 2005, I filed a faxed copy of the

Declaration of Barbara Kalanikiekie Kaapuni pursuant to L. R. 10.2 (E).

3,   Attached hereto is the Original of that declaration,

**RORY SOARES TOOMEY SWEARS UNDER PENALTY OF FEDERAL LAW THAT THE FORGOING IS TRUE AND CORRECT.**

DATED: Honolulu, Hawaii January 5, 2006

*[signature]*
RORY SOARES TOOMEY

Declaration of Rory Soares Toomey filed in the matter of Barbara Kalanikiekie Kaapuni te al, vs. Carlton Helm, in his individual capacity et al., in the United States District Court for the District of Hawaii Civil No. CV-04-00449-SOM-LEK

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI ET AL, | CIVIL NO. CV-04-00449-SOM-LEK |
| Plaintiffs, | DECLARATION OF BARBARA KALANIKIEKIE KAAPUNI |
| vs. | |
| CARLTON HELM, in his individual capacity, ET AL, | |
| Defendants. | |

## DECLARATION OF BARBARA KALANIKIEKIE KAAPUNI

**Barbara Kalanikiekie Kaapuni declares as follows:**

1. I am one of the Plaintiffs in this matter.

2. I make this declaration of my own personal knowledge unless otherwise indicated.

3. On the early morning of January 24, 2004, I was in my home located at 859 Kikipua Street, Kaunakakai, Hawaii 96748.

4. I do not have my own bedroom and as a result I sleep in the living room.

5. I was awake when the police forced their way into the locked house located at 859 Kikipua Street, Kaunakakai, Hawaii 96748.

5. The police did not knock at the door, announce themselves, or demand entry in to the house located at 859 Kikipua Street, Kaunakakai, Hawaii 96748.

6. Had they done so, I would have opened the door to them.

7. The First I knew that there were people entering my home when I heard the glass from the sliding doors shatter.

8. I first thought that there had been an explosion and that the people who entering my home were gang members robbing the house.

**BARBARA KALANIKIEKIE KAAPUNI SWEARS UNDER PENALTY OF FEDERAL LAW THAT THE FORGOING IS TRUE AND CORRECT.**

DATED: Kaunakakai, Hawaii, _Dec. 30, 2005_

_Barbara Kalanikiekie Kaapuni_
BARBARA KALANIKIEKIE KAAPUNI

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, JON HANS KAAPUNI, Sr., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, Jr., FALLON KALANIKIEKIE KAAPUNI, AND TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, Sr.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CARLTON HELM, in his individual capacity, STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual) capacity, AND THE COUNTY OF MAUI,<br><br>    Defendants. | CIVIL NO. CV-04-00449-SOM-LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 5, 2006</u>, a copy of the attached document was served by United States Mail, first class postage prepaid upon:

MOANA M. RAMAYA
200 S. HIGH STREET
WAILUKU, HAWAII 96793

Attorney for Defendant
COUNTY OF MAUI

DATED: Honolulu, Hawaii, January 5, 2006

_____
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys Plaintiffs
BARBARA KALANIKIEKIE
KAAPUNI, JON HANS
KAAPUNI, Sr., PAMELA
NOHOLANI KAAPUNI, JON
HANS KAAPUNI, Jr., FALLON
KALANIKIEKIE KAAPUNI,
AND TYRAH NOHOLANI
KAAPUNI by her best friend
JON HANS KAAPUNI, Sr.