# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00449SOM-LEK

CASE NAME:        Barbara Kalanikiekie Kaapuni, et al. vs. Carlton Helm, in his individual capacity, et al.

ATTYS FOR PLA:    Rory Soares Toomey

ATTYS FOR DEFT:   Richard B. Rost

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 1/17/2006 | TIME: | 9:45 - 10:00 |

COURT ACTION:  EP: Carlton Helm, Christina Hall, Kelly Pauole, Jamie Winfrey, Harold Manaois, and Kaena Brown's Motion for Summary Judgment -

Arguments.

Carlton Helm, Christina Hall, Kelly Pauole, Jamie Winfrey, Harold Manaois, and Kaena Brown's Motion for Summary Judgment - Granted in part and Denied in part.

Court to prepare a written order.

Submitted by: Toni Fujinaga, Courtroom Manager.