```
DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO                            5421
Corporation Counsel
MOANA M. RAMAYA                          6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
E-mail: moana.ramaya@co.maui.hi.us


Attorneys for Defendants
   CARLTON HELM, CHRISTINA WILLIAMS, KELLY ARLOS,
   JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN AND
   COUNTY OF MAUI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR., <br><br>       Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI, <br><br>       Defendants. | CIVIL NO. CV 04-00449-SOM-LEK (Non-Motor Vehicle Tort) <br><br> CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; INTERROGATORIES (Deponent: Molokai Family Health Clinic) |

**CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S
NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES**

I HEREBY CERTIFY that a true and correct copy of Defendant County of Maui's Notice of taking deposition upon written interrogatories (Deponent: Molokai Family Health Clinic) was duly served on January 20, 2006, upon the following parties, by depositing same in the U. S. Mail, postage prepaid, at their last known addresses:

Arthur E. Ross, Esq.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813

Rory Soares Toomey, Esq.
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813
(Attorneys for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, January 20, 2006.

>BRIAN T. MOTO
>Corporation Counsel
>Attorney for Defendant
>  COUNTY OF MAUI
>
>By  /s/ Moana M. Lutey
>    MOANA M. LUTEY
>    Deputy Corporation Counsel