```
DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO                       5421
Corporation Counsel
MOANA M. RAMAYA                     6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.ramaya@co.maui.hi.us

Attorneys for Defendants
  CARLTON HELM, CHRISTINA HALL, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR., <br><br>Plaintiffs, <br><br>vs. <br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI, <br><br>Defendants. | CIVIL NO. CV 04-00449 SOM LEK <br>(Non-Motor Vehicle Tort) <br><br>CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION <br><br>(Deponent: Barbara Kalanikiekie Kaapuni) |

**CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION**

I hereby certify that a true and correct copy of Defendant County of Maui's Notice of taking depositions upon oral examination (Deponent: Barbara Kalanikiekie Kaapuni) was duly served on January 26, 2006, upon the following parties, by depositing same in the U.S. Mail, postage prepaid, at their last known addresses:

Arthur E. Ross, Esq.
126 Queen Street, Suite 210
Honolulu, Hawaii 96813

Rory Soares Toomey, Esq.
1088 Bishop Street, Suite 1004
Honolulu, Hawaii 96813
(Attorneys for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, January 26, 2006.

    BRIAN T. MOTO
    Corporation Counsel
    Attorney for Defendant
      COUNTY OF MAUI

By   /s/ Laureen L. Martin (for)
    MOANA M. LUTEY
    Deputy Corporation Counsel