DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO         5421
Corporation Counsel
MOANA M. LUTEY        6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\cos offer of judgment2.wpd

Attorneys for Defendants
  CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI;<br>JON HANS KAAPUNI, SR., PAMELA<br>NOHOLANI KAAPUNI, JON HANS<br>KAAPUNI, JR., FALLON<br>KALANIKIEKIE KAAPUNI, and TYRAH<br>NOHOLANI KAAPUNI by her best<br>friend JON HANS KAAPPUNI, SR.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CARLTON HELM, in his individual<br>capacity; STAG SAGARIO, in his<br>individual capacity, CHRISTINA<br>WILLIAMS, in her individual<br>capacity, KELLY ARLOS, in his<br>individual capacity, JAMIE<br>WINFREY, in her individual<br>capacity, HAROLD MANAOIS, in his<br>individual capacity, KEANA<br>BROWN, in her individual<br>capacity, and the COUNTY OF<br>MAUI,<br><br>            Defendants. | CIVIL NO CV-04-00449-SOM-LEK<br><br>CERTIFICATE OF SERVICE RE:<br>DEFENDANTS CARLTON HELM,<br>CHRISTINA WILLIAMS, KELLY<br>PAUOLE, JAMIE WINFREY,<br>HAROLD MANAOIS, KAENA BROWN<br>AND COUNTY OF MAUI'S OFFER OF<br>JUDGMENT DATED FEBRUARY 22,<br>2006 |

_____)

**CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S OFFER OF JUDGMENT DATED FEBRUARY 22, 2006**

I HEREBY CERTIFY that a copy of Defendants Carlton Helm, Christina Williams, Kelly Pauole, Jamie Winfrey, Harold Manaois, Kaena Brown and County of Maui's Offer of Judgment dated February 22, 2006, was duly served on February 22, 2006, upon the following parties, by depositing same in the U.S. Mail, at their last known addresses:

Arthur E. Ross, Esq.
126 Queen Street, Suite 210
Honolulu, HI  96813

Rory Soares Toomey, Esq.
1088 Bishop Street, Suite 1004
Honolulu, HI  96813
(Attorneys for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, February 22, 2006.

      /s/ Moana M. Lutey
      MOANA M. LUTEY
      Attorney for Defendants