# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00449SOM-LEK |
| CASE NAME: | Barbara Kalanikiekie Kaapuni, et al. Vs. Carlton Helm, et al. |
| ATTYS FOR PLA: | Arthur E. Ross |
| ATTYS FOR DEFT: | Moana Monique Lutey |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 5/16/2006 | TIME: | 9:10-9:17 |

COURT ACTION:  EP: Final Pretrial Conference held.

Trial Days: Plaintiff - 1, Defendant - 1.
Witnesses: Plaintiff - 3, Defendant - 3.
Exhibits: Plaintiff - 1 to 50, Defendant - 100 to 150 series.
Motions in Limine: Plaintiff - 1 to 2, Defendant - 3 to 5.

Submitted by: Warren N. Nakamura, Courtroom Manager