# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00449SOM-LEK

CASE NAME:       Barbara Kalanikiekie Kaapuni, et al. Vs. Carlton Helm, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:

DATE:    5/16/2006                  TIME:

COURT ACTION:  EO: Settlement on the Record set for 9:30 5/31/06, LEK.  Moana Monique Lutey to participate by phone.

All **near trial deadlines of May 23, 2006 and May 30, 2006 are extended to June 6, 2006.**

Submitted by: Warren N. Nakamura, Courtroom Manager