# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00449SOM-LEK

CASE NAME:        Barbara Kalanikiekie Kaapuni, et al. vs. Carlton Helm, et al.

ATTYS FOR PLA:    Arthur Ross

ATTYS FOR DEFT:   Moana Monique Lutey (by phone)

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/2/2006 | TIME: | 10:00 - 10:20 |

COURT ACTION:  EP: Pretrial Conference -

Discussion held re: the issue of settlement and the trial date of 6/14/06.

Trial to remain on calendar for 6/14/06.

Trial estimate 1 day.

Mr. Ross to inform Mr. Kaapuni to contact the Court for settlement purposes - no objection by Ms Lutey.

The Court is available to speak with Mr. Kaapuni on 6/6/06 @ 11:30 a.m. or 2:00 p.m.

Mr. Ross to inform chambers of the exact time Mr. Kaapuni will call.

Submitted by: Toni Fujinaga, Courtroom Manager.