FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/06/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 04-00449SOM-LEK

CASE NAME:   Barbara Kalanikiekie Kaapuni, et al vs. Carlton Helm, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

| JUDGE: | Susan Oki Mollway | REPORTER: | No Record |
|---|---|---|---|
| DATE: | 06/06/2006 | TIME: | 11:30 - 11:50 |

COURT ACTION:  EP:

Telephone settlement discussion held by court with Mr. Kaapuni, with consent of attorneys on both sides.

No settlement.

Submitted by: Toni Fujinaga, Courtroom Manager.