COURT'S INSTRUCTION NO. 3

COUNTY AS PARTY

The County of Maui is entitled to the same fair consideration at your hands as is a private individual.