DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
LAUREEN L. MARTIN      5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\special voir dire.wpd

Attorneys for Defendants
 CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPPUNI, SR.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI,<br><br>    Defendants. | CIVIL NO CV-04-00449-SOM-LEK<br><br>DEFENDANTS CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI'S PROPOSED SPECIAL VOIR DIRE; CERTIFICATE OF SERVICE<br><br>Trial Date:   June 14, 2006<br>Time:         9:00 a.m.<br>Judge:   Hon. Susan Mollway |

**CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE,
JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN
<u>AND COUNTY OF MAUI'S PROPOSED SPECIAL VOIR DIRE</u>**

Defendants CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI ("COUNTY DEFENDANTS"), by and through their attorneys, Brian T. Moto, Corporation Counsel, Moana M. Lutey and Laureen L. Martin, Deputies Corporation Counsel, hereby request that the Court ask the following proposed special voir dire:

1. Molokai is a small community. Has anyone ever lived on Molokai?
    a. If yes, for how long?
    b. If yes, do you know any of the parties?
2. Has anyone ever been arrested? If yes, for what offense(s)?
3. Does anyone have any opinion regarding the Maui Police Department or its officers?
4. Has anyone ever had their home searched by the police?
5. Has anyone had problems with the County of Maui?
6. There is no dispute that a door in the Plaintiffs' home was broken by the police officers in order to execute the search warrant. The law allows the police to break a door if they announce their presence and their intent to search prior to breaking the door. Is there anyone who would have a problem ruling in favor of the defense if the police properly announced themselves?

DATED: Wailuku, Maui, Hawaii, June 6, 2006.

            BRIAN T. MOTO
            Corporation Counsel
            Attorney for Defendant
              COUNTY OF MAUI


By   /s/Moana M. Lutey
     MOANA M. LUTEY
     Deputy Corporation Counsel

DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us

S:\ALL\MMR\CIV\Kaapuni\special voir dire.wpd

Attorneys for Defendants
  CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPPUNI, SR.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI,<br><br>    Defendants.<br>_____ | CIVIL NO CV-04-00449-SOM-LEK<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Defendants Carlton Helm, Christina Williams, Kelly Pauole, Jamie Winfrey, Harold Manaois, Kaena Brown and County of Maui's Proposed Special Voir Dire, was duly served on June 6, 2006, upon the following party, by email:

    Arthur E. Ross, Esq.
    126 Queen Street, Suite 210
    Honolulu, HI  96813

I HEREBY CERTIFY that a copy of Defendants Carlton Helm, Christina Williams, Kelly Pauole, Jamie Winfrey, Harold Manaois, Kaena Brown and County of Maui's Proposed Special Voir Dire, was duly served on June 6, 2006, upon the following party, by depositing same in the U.S. Mail, at their last known addresses:

    Rory Soares Toomey, Esq.
    1088 Bishop Street, Suite 1004
    Honolulu, HI  96813
    (Attorneys for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, June 6, 2006.

                                /s/ Moana M. Lutey
                                MOANA M. LUTEY
                                Attorney for Defendants