DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO                          5421
Corporation Counsel
MOANA M. RAMAYA                        6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.ramaya@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\special verdict form.wpd

Attorneys for Defendants
  CARLTON HELM, CHRISTINA HALL, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI,<br><br>            Defendants.<br>_____ | CIVIL NO. CV 04-00449 SOM LEK<br>(Non-Motor Vehicle Tort)<br><br>DEFENDANTS' PROPOSED SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE<br><br><br>Trial Date:   June 14, 2006<br>Time:         9:00 a.m.<br>Judge:   Hon. Susan Mollway |

**PROPOSED SPECIAL VERDICT FORM**

1) Have Plaintiffs proven by a preponderance of the evidence that the police failed to announce their presence and their intent to execute a search warrant before breaking Plaintiffs' door?

YES_____          NO_____


    If you answered yes to question 1, go on to question 2.  If you answered no to question 1, please sign and date the verdict form and inform the Court that you have reached a verdict.


2) Have Plaintiffs proven by a preponderance of the evidence that Officer Carlton Helm broke Plaintiffs' door?

YES_____          NO_____

    Go to question 3.


3)  Have Plaintiffs proven by a preponderance of the evidence that Officer Jamie Winfrey broke Plaintiffs' door?

YES_____          NO_____

    Go to question 4.


4)  Have Plaintiffs proven by a preponderance of the evidence that Officer Kaena Brown broke Plaintiffs' door?

YES_____          NO_____

    Go to question 5.


5)  Have Plaintiffs proven by a preponderance of the evidence that Officer Harold Manaois broke Plaintiffs' door?

YES_____          NO_____

    Go to question 6.

6)  Have Plaintiffs proven by a preponderance of the evidence that Officer Kelly Pauole broke Plaintiffs' door?

YES_____          NO_____

    Go to question 7.

7)  Have Plaintiffs proven by a preponderance of the evidence that Officer Christina Williams broke Plaintiffs' door?

YES_____          NO_____

    Go to question 8.

8) Enter the dollar amount of damages Plaintiffs have proven that they are entitled to by a preponderance of the evidence.  If Plaintiffs have not proven any damages, enter "0".

DAMAGES _____

    Go to question 9.

9) Have Plaintiffs proven by a preponderance of the evidence that Defendant Officer Carlton Helm's conduct was malicious, oppressive or in reckless disregard of the plaintiffs' rights?

YES_____          NO_____

    If you answered yes to question 9, go on to question 10.  If you answered no to question 9, go to question 11.

10) Enter the dollar amount of punitive damages you award Plaintiffs against Defendant Officer Carlton Helm.

PUNITIVE DAMAGES_____

    Go to question 11.

11) Have Plaintiffs proven by a preponderance of the evidence that Defendant Officer Jamie Winfrey's conduct was malicious, oppressive or in reckless disregard of the plaintiffs' rights?

YES\_\_\_\_\_                NO\_\_\_\_\_

    If you answered yes to question 11, go on to question 12.  If you answered no to question 11, go to question 13.

12) Enter the dollar amount of punitive damages you award Plaintiffs against Defendant Officer Jamie Winfrey.

PUNITIVE DAMAGES_____

    Go to question 13.

13) Have Plaintiffs proven by a preponderance of the evidence that Defendant Officer Kaena Brown's conduct was malicious, oppressive or in reckless disregard of the plaintiffs' rights?

YES\_\_\_\_\_                NO\_\_\_\_\_

    If you answered yes to question 13, go on to question 14.  If you answered no to question 13, go to question 15.

14) Enter the dollar amount of punitive damages you award Plaintiffs against Defendant Officer Kaena Brown.

PUNITIVE DAMAGES_____

    Go to question 15.

15) Have Plaintiffs proven by preponderance of the evidence that Defendant Officer Harold Manaois' conduct was malicious, oppressive or in reckless disregard of the plaintiffs' rights?

YES\_\_\_\_\_                NO\_\_\_\_\_

    If you answered yes to question 15, go on to question 16.  If you answered no to question 15, go to question 17.

16) Enter the dollar amount of punitive damages you award Plaintiffs against Defendant Officer Harold Manaois.

PUNITIVE DAMAGES_____

Go to question 17.

17) Have Plaintiffs proven by preponderance of the evidence that Defendant Officer Kelly Pauole's conduct was malicious, oppressive or in reckless disregard of the plaintiffs' rights?

YES\_\_\_\_\_          NO\_\_\_\_\_

   If you answered yes to question 17, go on to question 18.  If you answered no to question 17, go to question 19.

18) Enter the dollar amount of punitive damages you award Plaintiffs against Defendant Officer Kelly Pauole.

PUNITIVE DAMAGES_____

   Go to question 19.

19) Have Plaintiffs proven by a preponderance of the evidence that Defendant Officer Christina Williams' conduct was malicious, oppressive or in reckless disregard of the plaintiffs' rights?

YES\_\_\_\_\_          NO\_\_\_\_\_

   If you answered yes to question 19, go on to question 20.  If you answered no to question 19, please sign and date the verdict form and inform the court that you have reached a verdict.

20) Enter the dollar amount of punitive damages you award Plaintiffs against Defendant Officer Christina Williams.

PUNITIVE DAMAGES_____

   Please sign and date the verdict form and inform the court that you have reached a verdict.

DATED: Honolulu, Hawaii, _____.


                          _____
                                      FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI,<br><br>          Defendants.<br>_____ | CIVIL NO. CV 04-00449 SOM LEK<br>(Non-Motor Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on June 6, 2006, upon the following parties:

|  | Email/Fax | U.S. Mail |
|---|---|---|
| Arthur E. Ross, Esq.<br>126 Queen Street, Suite 210<br>Honolulu, Hawaii 96813 | XX | |
| Rory Soares Toomey, Esq.<br>1088 Bishop Street, Suite 1004<br>Honolulu, Hawaii 96813<br>(Attorneys for Plaintiffs) | | XX |

DATED: Wailuku, Maui, Hawaii, June 6, 2006.

                BRIAN T. MOTO
                Corporation Counsel
                Attorney for Defendants
                  CARLTON HELM, CHRISTINA HALL,
                  KELLY PAUOLE, JAMIE WINFREY,
                  HAROLD MANAOIS, KAENA BROWN AND
                  COUNTY OF MAUI

                By /s/ Moana M. Lutey
                  MOANA M. LUTEY
                  Deputy Corporation Counsel