DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
LAUREEN L. MARTIN      5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\Concise Statement.wpd

Attorneys for Defendants
 CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPPUNI, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI, <br><br> Defendants. | CIVIL NO CV-04-00449-SOM-LEK <br><br> DEFENDANTS CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI'S CONCISE STATEMENT |

_____ )

**CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE,
JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN
<u>AND COUNTY OF MAUI'S CONCISE STATEMENT</u>**

Defendants CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI ("COUNTY DEFENDANTS"), by and through their attorneys, Brian T. Moto, Corporation Counsel, Moana M. Lutey and Laureen L. Martin, Deputies Corporation Counsel, hereby submit their concise statement pursuant to the Scheduling Order.

A valid search warrant was issued for the Kaapuni residence. On January 24, 2004, Maui Police Department officers executed the search warrant at the Kaapuni residence. In order to execute the search warrant, the police broke the plaintiffs' sliding glass door. The police officers were permitted to break the door if they announced their presence and their intent to execute the warrant before breaking the door. The defendants state that they made the appropriate announcement before breaking the door. The plaintiffs dispute that the announcement was made. Whether the announcement was made is the only issue for you to decide. You must not concern yourself with other issues, such as what the police were searching for or any crimes that the police may have been investigating.

DATED: Wailuku, Maui, Hawaii, June 6, 2006.

                BRIAN T. MOTO
                Corporation Counsel
                Attorney for Defendant
                  COUNTY OF MAUI


                By   /s/Moana M. Lutey
                    MOANA M. LUTEY
                    Deputy Corporation Counsel

DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO         5421
Corporation Counsel
MOANA M. LUTEY        6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:    (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\Concise Statement.wpd

Attorneys for Defendants
  CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPPUNI, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI, <br><br> Defendants. | CIVIL NO CV-04-00449-SOM-LEK <br><br> CERTIFICATE OF SERVICE RE: DEFENDANTS CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI'S CONCISE STATEMENT |

**CERTIFICATE OF SERVICE RE: DEFENDANTS CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI'S CONCISE STATEMENT**

I HEREBY CERTIFY that a copy of Defendants Carlton Helm, Christina Williams, Kelly Pauole, Jamie Winfrey, Harold Manaois, Kaena Brown and County of Maui's Concise Statement, was duly served on June 6, 2006, upon the following party, by email:

> Arthur E. Ross, Esq.
> 126 Queen Street, Suite 210
> Honolulu, HI  96813

I HEREBY CERTIFY that a copy of Defendants Carlton Helm, Christina Williams, Kelly Pauole, Jamie Winfrey, Harold Manaois, Kaena Brown and County of Maui's Concise Statement, was duly served on June 6, 2006, upon the following party, by depositing same in the U.S. Mail, at their last known addresses:

> Rory Soares Toomey, Esq.
> 1088 Bishop Street, Suite 1004
> Honolulu, HI  96813
> (Attorneys for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, June 6, 2006.

> /s/ Moana M. Lutey
> MOANA M. LUTEY
> Attorney for Defendants