ARTHUR E. ROSS, #1005
126 QUEEN STREET, SUITE 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 521-2323

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, in his individual capacity, ET AL, <br><br> Defendants. | CIVIL NO. CV-04-00449-SOM-LEK <br><br> PLAINTIFFS' FINAL NAMING OF WITNESSES, CERTIFICATE OF SERVICE |

PLAINTIFFS' FINAL NAMING OF WITNESS

The Plaintiffs by and through their attorneys Arthur E. Ross, Esq. and Rory Soares Toomey, Esq. ans hereby name the following witnesses to be called in the Plaintiffs' case in chief.

1    Barbara Kalanikiekie Kaapuni

This witness will testify about the living arrangements at the Kaapunis' home, the events at the Kaapuni's home on the morning of January 24, 2004, and/or the damages that the Kaapunis endured in general and this witness suffered in particular.

2. Jon Hans Kaapuni, Sr.

This witness will testify about the living arrangements at the Kaapunis' home, the events at the Kaapuni's home on the morning of January 24, 2004, and/or the damages that the Kaapunis endured in general and this witness suffered in particular.

3. Pamela Noholani Kaapuni

This witness will testify about the living arrangements at the Kaapunis' home, the events at the Kaapuni's home on the morning of January 24, 2004, and/or the damages that the Kaapunis endured in general and this witness suffered in particular.

4. Jon Hans Kaapuni, Jr.

This witness will testify about the living arrangements at the Kaapunis' home, the events at the Kaapuni's home on the morning of January 24, 2004, and/or the damages that the Kaapunis endured in general and this witness suffered in particular.

5. Fallon Kalanikiekie Kaapuni

This witness will testify about the living arrangements at the Kaapunis' home, the events at the Kaapuni's home on the morning of January 24, 2004, and/or the damages that the Kaapunis endured in general and this witness suffered in particular.

6. Tyrah Noholani Kaapuni

This witness will testify about the living arrangements at the Kaapunis'

home, the events at the Kaapuni's home on the morning of January 24, 2004, and/or the damages that the Kaapunis endured in general and this witness suffered in particular.

7. Custodian of Records Bruce Duffy Construction

This witness will authenticate the estimate of Bruce Duffy Construction to repair the damage to the Kaapunis' home, including the sliding door.

8. Custodian of Records Rapanot Construction LLC

This witness will authenticate the estimate of Rapanot Construction LLC to repair the damage to the Kaapunis' home, including the sliding door.

The Kaapunis reserve the right to amend this list of witnesses.

DATED:   Honolulu, Hawaii, June 6, 2006

Respectfully Submitted

_____
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys for Plaintiffs
BARBARA KALANIKIEKIE
KAAPUNI, JON HANS
KAAPUNI, Sr., PAMELA
NOHOLANI KAAPUNI, JON
HANS KAAPUNI, Jr., FALLON
KALANIKIEKIE KAAPUNI,
AND TYRAH NOHOLANI
KAAPUNI by her best friend
JON HANS KAAPUNI, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, JON HANS KAAPUNI, Sr., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, Jr., FALLON KALANIKIEKIE KAAPUNI, AND TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, in his individual capacity, STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual) capacity, AND THE COUNTY OF MAUI, <br><br> Defendants. | CIVIL NO. CV-04-00449-SOM-LEK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2006 a copy of the attached document was served by United States Mail, first class postage prepaid upon:

MOANA MONIQUE LUETY
200 S. HIGH STREET
WAILUKU, HAWAII 96793

Attorney for Defendant
COUNTY OF MAUI

DATED: Honolulu, Hawaii, June 6, 2006

*(signature)*

ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorneys Plaintiffs
BARBARA KALANIKIEKIE
KAAPUNI, JON HANS
KAAPUNI, Sr., PAMELA
NOHOLANI KAAPUNI, JON
HANS KAAPUNI, Jr., FALLON
KALANIKIEKIE KAAPUNI,
AND TYRAH NOHOLANI
KAAPUNI by her best friend
JON HANS KAAPUNI, Sr.