ARTHUR E. ROSS, #1005
126 QUEEN STREET, SUITE 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 521-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2006

at 4 o'clock and ___ min ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BARBRA KALANIKIEKIE KAAPUNI, ET AL, | ) ) | CIVIL NO. O4-00449-SOM-LEK |
| Plaintiffs, | ) ) ) | PLAINTIFFS' SUPPLEMENTAL VOIR DIRE; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| CARLTON HELM, in his individual capacity, ET AL, | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) ) ) ) ) | DATE: _____ TIME: _____ JUDGE:  Susan Oki Mollway TRIAL DATE: June 14, 2006 |

## PLAINTIFFS' SUPPLEMENTAL VOIRE DIRE

1.  Has any member of the panel served on a jury before,  appeared as a witness

in a trial, or been involved in legal action?

2.    Would this fact or prejudice you in favor of either side?

3.    Has any juror formed any preconceived ideas that would preclude you from

following the court's instruction on the law in this case?

4.    Are any of you related to or close friends of police officers or persons

connected with law enforcement.

5.    Would that relationship make it difficult for you to be fair and impartial as

judges of the facts?

6.    Would you tend to give any greater weight or credibility no matter how

slight, to the testimony of a police officer merely because they are

employees of or testifying on behalf of the government ?

7.     Would you give a law enforcement officer's testimony greater weight or

credibility over that of the plaintiffs or witnesses testifying on their behalf?


DATED: Honolulu, Hawaii, June 6, 2006.



ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2005, a true and correct copy of the foregoing

document was duly served via U.S. Mail to the following parties at their last know

address.

TO:                              HAND DELIVERY           U.S. MAIL

BRIAN T. MOTO        5421            [   ]                  [ X ]
Corporation Counsel
MOANA M. RAMAYA  6385
Deputy Corporation Counsel
Department of Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Attorney for Defendant
COUNTY OF MAUI

DATED: Honolulu, Hawaii, June 6, 2006.


ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorney for Plaintiffs

3