DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO                          5421
Corporation Counsel
MOANA M. LUTEY                         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.ramaya@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\juryinstruction Reas Time.wpd

Attorneys for Defendants
  CARLTON HELM, CHRISTINA HALL, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR., <br><br>     Plaintiffs, <br><br>   vs. <br><br> CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI, <br><br>     Defendants. | CIVIL NO. CV 04-00449 SOM LEK <br> (Non-Motor Vehicle Tort) <br><br> DEFENDANTS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION; CERTIFICATE OF SERVICE <br><br> Trial Date:   June 14, 2006 <br> Time:         9:00 a.m. <br> Judge: Hon. Susan Mollway |

**DEFENDANTS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION**

DEFENDANTS' PROPOSED JURY INSTRUCTION 4

A reasonable time for a police officer to wait after announcing himself or herself and demanding entry is 15 to 20 seconds before breaking the door.

Plaintiffs are required to prove by a preponderance of the evidence that an officer failed to wait 15 to 20 seconds before breaking the door. If Plaintiffs have failed to meet this burden, you must find in favor of all Defendants.[1]

---

[1] U.S. v. Banks, 540 U.S. 31, 124 S.Ct. 521 (2003).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR., <br><br>        Plaintiffs, <br><br>    vs. <br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI, <br><br>        Defendants. | CIVIL NO. CV 04-00449 SOM LEK <br>(Non-Motor Vehicle Tort) <br><br>CERTIFICATE OF SERVICE |

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on June 8, 2006, upon the following parties:

|  | Fax/Email | U.S. Mail |
|---|---|---|
| Arthur E. Ross, Esq.<br>126 Queen Street, Suite 210<br>Honolulu, Hawaii 96813 | XX | |
| Rory Soares Toomey, Esq.<br>1088 Bishop Street, Suite 1004<br>Honolulu, Hawaii 96813<br>(Attorneys for Plaintiffs) | | XX |

DATED:  Wailuku, Maui, Hawaii, June 8, 2006.

        BRIAN T. MOTO
        Corporation Counsel
        Attorney for Defendants
          CARLTON HELM, CHRISTINA HALL,
          KELLY PAUOLE, JAMIE WINFREY,
          HAROLD MANAOIS, KAENA BROWN AND
          COUNTY OF MAUI

        By /s/ Moana M. Lutey
          MOANA M. LUTEY
          Deputy Corporation Counsel