# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/09/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00449SOM-LEK

CASE NAME:        Barbara Kalanikiekie Kaapuni, et al. vs. Carlton Helm, et al.

ATTYS FOR PLA:    Arthur Ross (by phone)
                  Rory Toomey (by phone)

ATTYS FOR DEFT:   Moana Monique Lutey (by phone)
                  Laureen Martin (by phone)

INTERPRETER:

JUDGE:   Susan Oki Mollway        REPORTER:   Debra Chun

DATE:    06/09/2006                TIME:       10:30 - 11:05

COURT ACTION:  EP: Telephone Conference - held in chambers.

Discussion held re: witnesses and other trial matters.

Mr. Toomey to make Fallon Kaapuni available to be deposed on Monday 6/12/06 @ 9:00 a.m. wherever Ms. Lutey is available.

Mr. Toomey to arrange for an expedited transcript with the court reporter, and to pay for the cost.

Fallon Kaapuni to answer the interrogatories, and it must be faxed to Ms. Lutey today by 3:00 p.m. or she cannot be called as a witness.

Parties allowed 20 minutes maximum for opening statements.

Defendant Stag Sagario, who was never served, is dismissed.

Submitted by: Toni Fujinaga, Courtroom Manager.