DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO                          5421
Corporation Counsel
MOANA M. LUTEY                         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.ramaya@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\cos 6-9-06 Oral Depo for Fallon.wpd

Attorneys for Defendants
  CARLTON HELM, CHRISTINA HALL, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI, <br><br> Defendants. | CIVIL NO. CV 04-00449 SOM LEK <br> (Non-Motor Vehicle Tort) <br><br> CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION <br><br> (Deponent: Fallon Kalanikiekie Kaapuni) <br><br> <u>Trial</u> <br> Date:  June 14, 2006 <br> Time:  9:00 a.m. <br> Judge: Hon. Susan O. Mollway |

**CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF
MAUI'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION**

I hereby certify that a true and correct copy of Defendant County of Maui's Notice of taking depositions upon oral examination (Deponent: Fallon Kalanikiekie Kaapuni) was duly served on June 9, 2006, upon the following parties, by depositing same in the U.S. Mail, postage prepaid, at their last known addresses:

    Arthur E. Ross, Esq.
    126 Queen Street, Suite 210
    Honolulu, Hawaii 96813

    Rory Soares Toomey, Esq.
    1088 Bishop Street, Suite 1004
    Honolulu, Hawaii 96813
    (Attorneys for Plaintiffs)

    DATED: Wailuku, Maui, Hawaii, June 9, 2006.

                                BRIAN T. MOTO
                                Corporation Counsel
                                Attorney for Defendant
                                  COUNTY OF MAUI


                              By  /s/ Moana M. Lutey
                                  MOANA M. LUTEY
                                  Deputy Corporation Counsel