DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO                          5421
Corporation Counsel
MOANA M. LUTEY                         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\FinalWitnessList.wpd

Attorneys for Defendants
  CARLTON HELM, CHRISTINA HALL, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR.,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI,<br>           Defendants.<br>_____ | CIVIL NO. CV 04-00449 SOM LEK<br>(Non-Motor Vehicle Tort)<br><br>DEFENDANTS' TRIAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br>Trial Date:    June 14, 2006<br>Time:          9:00 a.m.<br>Judge: Hon. Susan Mollway |

**<u>DEFENDANTS' TRIAL WITNESS LIST</u>**

Defendants CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN, AND COUNTY OF MAUI ("Defendants"), by and through their attorneys, Brian T. Moto, Corporation Counsel, and Moana M. Lutey, Deputy Corporation Counsel, hereby submits their list of trial witnesses as follows:

1. Carlton Helm will testify about the events that took place at the Kaapuni's residence on the morning of January 24, 2004.

2. Christina Williams will testify about the events that took place at the Kaapuni's residence on the morning of January 24, 2004.

3. Kelly Pauole will testify about the events that took place at the Kaapuni's residence on the morning of January 24, 2004.

4. Jamie Winfrey will testify about the events that took place at the Kaapuni's residence on the morning of January 24, 2004.

5. Harold Manaois will testify about the events that took place at the Kaapuni's residence on the morning of January 24, 2004.

6. Kaena Brown will testify about the events that took place at the Kaapuni's residence on the morning of January 24, 2004.

7. Jeffrey Hunt of the Maui Police Department, c/o Department of the Corporation Counsel, 200 S. High Street, Wailuku, Hawaii, 96793, will testify about the events that took place at the

Kaapuni's residence on the morning of January 24, 2004.

    8.    All witnesses named by the Plaintiff.

    9.    County reserves the right to call rebuttal witness as may be necessary.

    DATED:    Wailuku, Maui, Hawaii, June 13, 2006.

    BRIAN T. MOTO
Corporation Counsel
Attorney for Defendant
 CARLTON HELM, CHRISTINA HALL,
 KELLY PAUOLE, JAMIE WINFREY,
 HAROLD MANAOIS, KAENA BROWN
 AND COUNTY OF MAUI

By /s/ Moana M. Lutey
  MOANA. M. LUTEY
  Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR., <br><br>Plaintiffs,<br><br>vs.<br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI,<br><br>Defendants. | CIVIL NO. CV 04-00449 SOM LEK<br>(Non-Motor Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on June 13, 2006, upon the following parties:

|  | Fax/Email | U.S. Mail |
|---|---|---|
| Arthur E. Ross, Esq.<br>126 Queen Street, Suite 210<br>Honolulu, Hawaii 96813 | XX | |
| Rory Soares Toomey, Esq.<br>1088 Bishop Street, Suite 1004<br>Honolulu, Hawaii 96813<br>(Attorneys for Plaintiffs) | XX | |

DATED: Wailuku, Maui, Hawaii, June 13, 2006.

>BRIAN T. MOTO
>Corporation Counsel
>Attorney for Defendants
>   CARLTON HELM, CHRISTINA HALL,
>   KELLY PAUOLE, JAMIE WINFREY,
>   HAROLD MANAOIS, KAENA BROWN AND
>   COUNTY OF MAUI
>
>By /s/ Moana M. Lutey
>   MOANA M. LUTEY
>   Deputy Corporation Counsel