# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00449SOM-LEK |
| CASE NAME: | Barbara Kalanikiekie Kaapuni, et al. vs. Carlton Helm, et al. |
| ATTYS FOR PLA: | Arthur Ross<br>Rory Toomey |
| ATTYS FOR DEFT: | Moana Lutey<br>Laureen Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/14/2006 | TIME: | 9:40 - 11:40<br>1:45 - 3:30 |

COURT ACTION:  EP: Jury Selection/Trial -

24 Prospective Jurors present.

A panel of 8 Jurors selected.

No objection to the manner or order in which this panel was selected.

Parties satisfied with this panel.

Jurors sworn.

Court preliminarily instructs the Jurors.

Opening statements.

Plaintiff's Witnesses: Barbara Kaapuni CST and Jon Hans Kaapuni CST.

Plaintiff's Admitted Exhibits: 6 (limited purpose of showing the layout of the rooms), 1, 2, 3, 4, and 5.

Plaintiff rests (3:05 p.m.)

Jurors excused.

Defendants' Motion for Judgment as a Matter of Law - Granted.

3:25 p.m. - Jurors present.

Court discharges the Jurors.

Judgment to be entered in favor of defendants.

Submitted by: Toni Fujinaga, Courtroom Manager.