AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, et al., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| | CIVIL 04-00449SOM-LEK |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| CARLTON HELM, et al. | June 16, 2006 |
| | At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |
| Defendants. | |

This Action came before the Court for a trial by Jury. The Defense, having then moved the Court for Judgment as a Matter of Law, and the Court having granted said motion, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants' and against Plaintiffs.

cc:    All Counsel

| | |
|---|---|
| June 16, 2006 | SUE BEITIA |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |