# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 16, 2006

TO ALL COUNSEL

Re: CIVIL 04-00449SOM-LEK
Barbara Kalanikiekie Kaapuni, et al. Vs. Carlton Helm, et al.

Dear Sir or Madam:

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on June 16, 2006.

Sincerely Yours,

SUE BEITIA, CLERK
by: Anna F. Chang
Deputy Clerk

cc: all counsel