```
DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO                 5421
Corporation Counsel
MOANA M. LUTEY                6385
Deputy Corporation Counsel
County of Maui
200 South High Street
Wailuku, Hawaii  96793
Phone:  (808) 270-7740
Facsimile: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\Cost\coversheet.wpd
Attorneys for Defendants Carlton Helm,
Harold Manaois, Kaena Brown, Jamie Winfrey,
Kelly Arlos, and Christina Williams
```

              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, et. al., | ) ) ) | CIVIL NO. CV 04-00449 SOM LEK |
| Plaintiffs, | ) ) | COUNTY DEFENDANTS' BILL OF COSTS; ITEMIZATION OF BILL |
| vs. | ) ) ) | OF COSTS; MEMORANDUM IN SUPPORT OF COUNTY |
| CARLTON HELM, et. al., | ) ) | DEFENDANTS' BILL OF COSTS; EXHIBITS "A-E"; AFFIDAVIT OF |
| Defendants. | ) ) ) | MOANA M. LUTEY CERTIFICATE OF SERVICE |
| | ) ) ) ) ) | Judge: Hon. Susan Oki Mollway |

_____