IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
BARBARA KALANIKIEKIE KAAPUNI, et )    CIVIL NO CV-04-00449-SOM-LEK
al.,                             )
                                 )
              Plaintiffs,        )    ITEMIZATION OF BILL OF COSTS
                                 )
     vs.                         )
                                 )
CARLTON HELM, et al.,            )
                                 )
              Defendants.        )
                                 )
_____)
```

**ITEMIZATION OF BILL OF COSTS**

| Exh. | Date | Payee | Description | Amt. Paid |
|---|---|---|---|---|
| A | 5/20/05 | Victoria P. Burrows-Kahue | Service on Na Pu'uwai Clinical Services | $ 25.00 |
| A | 1/27/06 | Victoria P. Burrows-Kahue | Service on Molokai Family Health Center | 32.00 |
|   |   |   | **Fees for service of summons and subpeona** | **$ 57.00** |
| B | 6/1/05 | Ralph Rosenberg Court Reporters, Inc. | Written Interrogatories of Napu'uwai Clinical Services | $ 171.14 |
| B | 8/4/05 | Iwado Court Reporters, Inc. | Oral Deposition of Jan Hans Kaapuni, Sr. | 697.77 |
| B | 8/7/05 | Carnazzo Court Reporting Company, Ltd. | Deposition upon Written questions: Molokai Family Health Center | 761.66 |

| | | | | |
|---|---|---|---|---|
| B | 8/31/05 | Iwado Court Reporters, Inc. | Color Copies of Exhibit C | 35.15 |
| B | 2/15/06 | Carnazzo Court Reporting | Deposition of Barbara Kaapuni | 351.77 |
| | | | **Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case** | **$2,017.49** |
| C | 6/16/06 | County of Maui | Copies for all documents filed with court (MCC 2.64.010) | $  688.50 |
| | | | **Fees and distribution for printing** | **$  688.50** |
| D | 6/9/06 | US District Court | Copy fees for Jury Cards | $  112.50 |
| | | | **Fees for exemplification and copies of papers necessarily obtained for use in the case** | **$  112.50** |
| E | 8/29/05 | County of Maui | Harold Frank Krau traveled to Molokai for site inspection | $ 130.53 |
| E | 9/12/05 | County of Maui | Moana Lutey traveled to USDC MSJ Hearing | 250.67 |
| E | 9/12/05 | County of Maui | Richard Rost traveled to USDC MSJ Hearing | 205.00 |
| E | 1/17/06 | County of Maui | Richard Rost traveled to USDC Motion Hearing | 158.20 |

| E | 2/7/06 | County of Maui | Moana Lutey traveled to Molokai to depose Witness Barbara Kaapuni | 175.85 |
|---|---|---|---|---|
| E | 5/16/06 | County of Maui | Moana Lutey traveled to USDC Pretrial Conference | 274.87 |
| E | 6/9/06 | County of Maui | Harold Frank Krau traveled to USDC to pick up Jury Card copies | 113.60 |
| E | 6/13/06 | County of Maui | Moana Lutey Travel for Trial at USDC | 883.76 |
| E | 6/13/06 | County of Maui | Laureen Martin travel for trial at USDC | 670.38 |
| E | 6/13/06 | County of Maui | Defendant Carlton Helm travel for trial at USDC | 341.00 |
| E | 6/13/06 | County of Maui | Defendant Harold Manois travel for trial at USDC | 599.02 |
| E | 6/13/06 | County of Maui | Defendant Jamie Winfrey travel for trial at USDC | 341.00 |
| E | 6/13/06 | County of Maui | Defendant Kaena Brown travel for trial at USDC | 425.47 |
| E | 6/13/06 | County of Maui | Defendant Kelly Pauole travel for trial at USDC | 425.47 |
| E | 6/13/06 | County of Maui | Witness Jeffrey Hunt travel for trial at USDC | 425.47 |
| | | | **Other cost** | **$5,420.29** |

DATED: Wailuku, Maui, Hawaii, June 30, 2006.

                              BRIAN T. MOTO
                              Corporation Counsel
                              Attorney for Defendants
                               CARLTON HELM, CHRISTINA HALL,
                               KELLY PAUOLE, JAMIE WINFREY,
                               HAROLD MANAOIS, KAENA BROWN

                              AND COUNTY OF MAUI

                            By  /s/ Moana M. Lutey
                                MOANA M. LUTEY
                                Deputy Corporation Counsel