# Victoria P. Burrows-Kahue

Kaunakakai, Hawaii 96748

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

*RECEIVED CORPORATION COUNSEL*
*2005 MAY 25 PM 1:20*

May 20, 2005

Moana M. Ramaya
Deputy Corp Counsel
200 South High Street
Wailuku, Hawaii 96793

*Barbara K. Kaapuni et al v. Carlton Helm, et al.,*

RE: 04-00449 SOM/LEK

Service on Na Pu`uwai Clinical Services          $25.00

**Total amount due $25.00**

Please submit payment to the above name and send to in care of

% P.O. Box 284
Kaunakakai, HI 96748

I certify the above to be true and correct and payment is due for said amount.

_____
Victoria P Burrows-Kahue

APPROVED FOR PAYMENT
_____
Deputy Corporation Counsel
County of Maui

EXHIBIT " A "

# Victoria P. Burrows-Kahue
Kaunakakai, Hawaii 96748

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

January 27, 2006

Laureen L Martin
Deputy Corporation Counsel
200 South High Street
Wailuku, HI 96793

RE: Service

Kaapuni vs. County of Maui, et al.
CV04-00449 SOM-LEK    Molokai Family Health Center

**Total amount due $32.00**

Please submit payment to the above name and send to in care of

% P.O. Box 284
Kaunakakai, HI 96748

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

RECEIVED
CORPORATION COUNSEL
2006 JAN 30 PM 2:38