

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

RECEIVED CORPORATION COUNSEL
2005 JUN -2 AM 10: 05

6/1/2005

BILLED TO:
MOANA RAMAYA, ESQ.
DEPUTY CORPORATION COUNSEL
200 SOUTH HIGH STREET
WAILUKU, HI 96793

INVOICE NO: 54107

RE: KAAPUNI VS HELM
CIVIL NO. CV04-00449 SOM LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DEPO UPON WRITTEN INTERROGATORIES NA PU'UWAI CLINICAL SERVICES TAKEN ON 05/23/05 IN KAUNAKAKAI HI<br><br>RECORDS RE: JON HANS KAAPUNI, SR.<br><br>ORIGINAL & ONE COPY | | 164.30 |
| 1AO 1R 6ST1 36EH 40AF<br>RALPH ROSENBERG | Tax | 6.84 |
| | TOTAL DUE | $171.14 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO:
MOANA RAMAYA, ESQ.
DEPUTY CORPORATION COUNSEL
200 SOUTH HIGH STREET
WAILUKU, HI 96793

APPROVED FOR PAYMENT
_____
Counsel
Maui

INVOICE DATE: 6/1/2005
INVOICE NO:    54107
TOTAL DUE:     $171.14
DATE TAKEN:    05/23/05
RE:            CIVIL NO. CV04-00449 SOM LEK
WITNESS(ES):   NA PU'UWAI CLINICAL SERVICES

APPROVED FOR PAYMENT
_____
Deputy Corporation Counsel
County of Maui

1AO 1R 6ST1 36EH 40AF
RALPH ROSENBERG

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

EXHIBIT "B"



**IWADO COURT REPORTERS, INC.**

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

MOANA M. RAMAYA, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

August  4, 2005

Invoice# 14713A

Balance:     $697.77

RECEIVED
CORPORATION COUNSEL
2005 AUG -8 PM 2:42

Caption: KAAPUNI v HELM, CV 04-00449 SOM LEK, USDC

Scheduled: 07/13/05    Billed: 08/04/05
Reporter: RACHELLE PRIMEAUX, CSR, RPR

Charge Description

DEPOSITION OF:  JON HANS KAAPUNI, SR.

ORIGINAL PLUS CERTIFIED COPY
$669.90

We certify that this invoice is correct and just; payment has not been received.
8/5/05   C. Auldenhose
Date       Authorized Signature

4.16% Sales Tax:      27.87

P l e a s e   R e m i t   - - - >   Total Due:    $697.77

--------------------------------------------------

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 14713A

BALANCE$    697.77

Terms: Payable upon receipt.

# CARNAZZO COURT REPORTING COMPANY, LTD.
### 888 MILILANI STREET, SUITE 705
### HONOLULU, HAWAII 96813-2918
Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

COUNTY OF MAUI/OFC OF THE CORPO
MOANA M. RAMAYA, ESQ.
200 SOUTH HIGH STREET
DEPUTY CORPORATION COUNSEL
WAILUKU, HI, 96793

DATE: 08/07/2005
INVOICE: 517877
CLIENT ID: 1114

CIVIL NO. CV 04-00449 SOM
KAAPUNI v HELM
DATE NOTICED:   07/20/2005
REGARDING:  1. JON HANS KAAPUNI SR.; 2. JON HANS KAAPUNI, JR.; 3. PAMELA

Deposition upon written questions:

   MOLOKAI FAMILY HEALTH CENTER   taken on 07/21/2005

|  |  |
|---|---|
| Original & One Copy | $732.74 |
| TAX | $28.92 |
| TOTAL | $761.66 |

We now accept VISA and MASTERCARD
Please return one copy for proper credit.  THANK YOU
Federal Tax ID: 99-0145704

APPROVED FOR PAYMENT
*[signature]*
Deputy Corporation Counsel
County of Maui

## CARNAZZO COURT REPORTING COMPANY, LTD.
### 888 MILILANI STREET, SUITE 705
### HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

COUNTY OF MAUI/OFC OF THE CORPO  
MOANA M. RAMAYA, ESQ.  
200 SOUTH HIGH STREET  
DEPUTY CORPORATION COUNSEL  
WAILUKU, HI, 96793

DATE: 08/07/2005  
INVOICE: 517877  
CLIENT ID: 1114

CIVIL NO. CV 04-00449 SOM  
KAAPUNI v HELM  
DATE NOTICED:   07/20/2005  
REGARDING:  1. JON HANS KAAPUNI SR.; 2. JON HANS KAAPUNI, JR.; 3. PAMELA

Deposition upon written questions:

MOLOKAI FAMILY HEALTH CENTER    taken on 07/21/2005

| | |
|---|---|
| Original & One Copy | $732.74 |
| TAX | $28.92 |
| TOTAL | $761.66 |

We now accept VISA and MASTERCARD  
Please return one copy for proper credit.  THANK YOU  
Federal Tax ID:  99-0145704

APPROVED FOR PAYMENT  
[signature]  
Deputy Corporation Counsel  
County of Maui



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

MOANA M. RAMAYA, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

August 31, 2005

Invoice# 14713B

Balance:        $35.15

Caption: KAAPUNI v HELM, CV 04-00449 SOM LEK, USDC

Scheduled: 07/13/05    Billed: 08/31/05
Reporter: RACHELLE PRIMEAUX, CSR, RPR

Charge Description

DEPOSITION OF:  JON HANS KAAPUNI, SR.

COPY OF EXHIBIT C COLOR COPIES
$33.75

We certify that this invoice is correct and
just; payment has not been received.

9/2/05   C. [signature]
Date         Authorized Signature

4.16% Sales Tax:         1.40

P l e a s e   R e m i t   - - - >   Total Due:     $35.15

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 14713B

BALANCE$    35.15

Terms: Payable upon receipt.

Carnazzo Court Reporting
888 MILILANI STREET
SUITE 705
HONOLULU HI 96813-2918

02/28/2006
PAGE 1

RECEIVED
CORPORATION COUNSEL
2006 MAR -2 PM 3: 24

STATEMENT

COUNTY OF MAUI/OFC OF THE CORP
200 SOUTH HIGH STREET
DEPUTY CORPORATION COUNSEL
WAILUKU HI    96793

All payments received after the date
of this statement will appear on your
next statement.

CID: 1114

FOR PROFESSIONAL SERVICES RENDERED:

| DOCUMENT | DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 623272 | 02/15/2006 | CV 04-00449  KAAPUNI v COUNTY OF | $351.77 | | $351.77 |

APPROVED FOR PAYMENT

Deputy Corporation Counsel
County of Maui

|  | TOTALS: | $351.77 | $0.00 | $351.77 |
|---|---|---|---|---|

| 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|
| $351.77 | $0.00 | $0.00 | $0.00 |