Barbara Kalanikiekie Kaapuni et al. vs. Carlton Helm, et al.
Civil No.: CV-04-00449-SOM-LEK

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 10/04/04 | County of Maui | Filed - Answer to First Amend Complaint - 12pgs | $15.00 |
| 12/01/04 | County of Maui | Filed - Scheduling Conference Statement - 5 pgs | $6.25 |
| 12/01/04 | County of Maui | Offer of Judgment dated 12/1/06 - 5 pgs | $3.75 |
| 12/21/04 | County of Maui | Filed - Defendants' Initial Disclosure Statement - 7 pgs | $8.75 |
| 12/28/04 | County of Maui | Filed - Amended COS re: Initial Disclosure - 2 pgs | $2.50 |
| 02/09/05 | County of Maui | Defendants' First Request for Answers to Interrogs to Fallon Kaapuni - 12 pgs | $9.00 |
| 02/09/05 | County of Maui | Defendants' First Request for Answers to Interrogs to Pam Kaapuni - 11 pgs | $8.25 |
| 02/09/05 | County of Maui | Defendants' First Request for Answers to Interrogs to Jon Kaapuni Sr. - 12 pgs | $9.00 |
| 02/09/05 | County of Maui | Defendants' First Request for Answers to Interrogs to Jon Kaapuni Jr. - 12 pgs | $9.00 |
| 02/09/05 | County of Maui | Defendants' First Request for Answers to Interrogs to Barbara Kaapuni - 12 pgs | $9.00 |
| 02/09/05 | County of Maui | Defendants' First Request for Answers to Interrogs to Jon Sr./Tyrah Kaapuni - 8 pgs | $6.00 |
| 02/10/05 | County of Maui | Filed - Certificate of Service re: First Request for Answers to Interrogs (1-6) - 2 pgs | $2.50 |
| 02/11/05 | County of Maui | Defendants' First Request for PODs to Jon Sr. - 4 pgs; Filed - COS - 2 pgs | $5.50 |
| 03/28/05 | County of Maui | COM's Response to Plaintiff Jon Kaapuni Sr.'s 1st Rqt for PODs-15; Filed COS | $13.75 |
| 03/24/05 | County of Maui | Manaois' Response to Plaintiff Jon Kaapuni Sr.'s 1st Rqt for Answers-10; Filed COS | $10.00 |
| 03/28/06 | County of Maui | Brown's Response to Plaintiff Jon Kaapuni Sr.'s 1st Rqt for Answers-9; Filed COS | $9.25 |
| 04/19/05 | County of Maui | Helm's Response to Jon Sr.'s 1st Rqt. for Answers to Rogs-9; Filed COS | $9.25 |
| 04/20/05 | County of Maui | Pauole's Response to Jon Sr.'s 1st Rqt. for Answers to Rogs-10; Filed COS | $10.00 |
| 04/20/05 | County of Maui | William's Response to Jon Sr.'s 1st Rqt. for Answers to Rogs-10; Filed COS | $10.00 |
| 04/28/05 | County of Maui | COM's Response to Jon Sr.'s 1st Rqt. for Answers to Rogs - 10; Filed COS | $10.00 |
| 05/03/05 | County of Maui | Filed-Defendants' Memo in Op to Mtn to Amend Scheduling Conference Order-29 | $36.25 |
| 05/09/05 | County of Maui | Defendants' Amd Reponse to Jon Sr.'s 1st Rqt for PODs-3; Filed COS | $4.75 |
| 05/09/05 | County of Maui | Defendants' Ntc of Taking Depo (Na Pu'uwai), Subpoena Filed, COS | $5.75 |
| 05/11/05 | County of Maui | Ntc of Mtn; Defendants' MSJ, Memo in Support, COS - 28 pgs | $35.00 |
| 05/11/05 | County of Maui | Defendants' Concise Statement of Facts in Support of MSJ; Affidavits, Exhs., COS | $235.00 |
| 05/16/05 | County of Maui | Pauole's Response to Pam Kaapuni's 1st Rqt. for Answers to Rogs-5; Filed COS | $6.25 |
| 05/16/05 | County of Maui | Brown's Response to Pam Kaapuni's 1st Rqt. for Answers to Rogs-5; Filed COS | $6.25 |
| 06/17/05 | County of Maui | Defendant COM's Ntc of Taking Deposition (Jon Sr. & Pamela Kaapuni); Filed COS | $4.00 |
| 07/01/05 | County of Maui | Defendant COM's Ntc of Taking Depo (MKK Family Health Center); Filed COS&Sub | $10.00 |
| 08/18/05 | County of Maui | Defendants' Reply Memo in Support of MSJ, Declaration, Exhibits, COS - 32 pgs | $40.00 |
| 08/24/05 | County of Maui | County Defendant's Final Pretrial Statement; COS - 13 | $16.25 |
| 09/01/05 | County of Maui | Defendants' Supp Memo in Support of MSJ, Affidavit of Krau, Helm, Exhs., COS - 54 | $67.50 |
| 11/28/05 | County of Maui | Ntc of Mtn; Defendants MPD's MSJ, Memo in Support, COS - 20 pgs | $25.00 |
| 01/06/06 | County of Maui | EFiled-County Defendants' Reply Memo in Support of their MSJ - 8 pgs X 2 copies | $4.00 |
| 01/20/06 | County of Maui | EFiled-COS re: COM's Ntc of Taking Written Depo (MKK Family Center) - 7 pgs | $3.50 |
| 01/26/06 | County of Maui | EFiled-COS re: COM's Ntc of Oral Written Depo (Barbara Kaapuni) - 4 pgs | $2.00 |
| 02/22/06 | County of Maui | EFiled-COS re: Defendants' Offer of Judgment dated Feb. 22, 2006 - 5 pgs | $2.50 |
| 05/08/06 | County of Maui | EFiled-Defendants' Final Pretrial Statement - 12 pgs X 1 copy to Toomey | $3.00 |
| 06/06/06 | County of Maui | EFiled-Defendants' Concise Statement - 5 pgs | $1.25 |
| 06/06/06 | County of Maui | EFiled-Defendants' Proposed Special Voir Dire; COS - 5 pgs | $1.25 |
| 06/06/06 | County of Maui | EFiled-Defendants' Proposed Special Verdict Form; COS - 8 pgs | $2.00 |

EXHIBIT "C"

| Date | Party | Description | Amount |
|---|---|---|---|
| 06/07/06 | County of Maui | EFiled-Defendants' Amended Proposed Jury Instructions; COS - 28 pgs | $7.00 |
| 06/07/06 | County of Maui | EFiled-Defendants' Supplemental Proposed Jury Instruction; COS - 4 pgs | $1.00 |
| 06/09/06 | County of Maui | EFiled-COS Re:Defendants' Ntc of Taking Depo of Fallon Kaapuni 4 pgs | $1.00 |
| 06/09/06 | County of Maui | | $1.25 |
| 06/13/06 | County of Maui | EFiled-Defendants' Trial Witness List; COS - 5 pgs | |
| | | | $688.50 |