AO83

# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 235436 |
|---------|--------|
| Trans   | 140319 |

Received From:     **COUNTY OF MAUI**

Case Number:

Reference Number:     **CV 04-449**

|  | | |
|---|---|---|
| Check | 112.50 |
| Total | 112.50 |

| Description | Fund | Qty | Amount |
|-------------|------|-----|--------|
| COPY FEE | 322350 | 225 | 112.50 |

|  | |
|---|---|
| **Total** | **112.50** |
| Tend | 112.50 |
| Due | 0.00 |

06/09/2006 10:16:27 AM          Deputy Clerk: bb/DT          _____

EXHIBIT " D "