Employee Travel

| Date | Employee | Purpose | Air | Per Diem | Hotel | Ground | Parking | Total |
|---|---|---|---|---|---|---|---|---|
| 08/29/05 | Harold Krau | Inspection Molokai | $103.53 | $20.00 | | $41.67 | $7.00 | $172.20 |
| 09/12/05 | Moana Lutey | MSJ | $158.00 | $40.00 | | $41.67 | $11.00 | $250.67 |
| 09/12/05 | Richard Rost | MSJ | $158.00 | $40.00 | | | $7.00 | $205.00 |
| 01/17/06 | Richard Rost | Motion Hearing | $158.20 | | | | | $158.20 |
| 02/07/06 | Moana Lutey | Depo on Molokai | $87.18 | $40.00 | | $41.67 | $7.00 | $175.85 |
| 05/16/06 | Moana Lutey | Pretrial Conference | $186.20 | $40.00 | | $41.67 | $7.00 | $274.87 |
| 06/09/06 | Harold Krau | Pick Jury Cards from USDC | $89.60 | $20.00 | | | $4.00 | $113.60 |
| | | | | | | | | $1,350.39 |

EXHIBIT " E "

## Trial Witnesses

| Witness | Air | Per Diem | Hotel | Ground | Parking | Total |
|---|---|---|---|---|---|---|
| Kelly Pauole | $186.20 | $100.00 | $139.27 | | | $425.47 |
| Kaena Brown | $186.20 | $100.00 | $139.27 | | | $425.47 |
| Jeffrey Hunt | $186.20 | $100.00 | $139.27 | | | $425.47 |
| Jamie Winfrey | $101.73 | $100.00 | $139.27 | | | $341.00 |
| Carlton Helm | $101.73 | $100.00 | $139.27 | | | $341.00 |
| Harold Manois | $101.73 | $100.00 | $139.27 | $250.02 | $8.00 | $599.02 |
| | | | | | | $2,557.43 |

## Trial Attorney

| Employee | Air | Per Diem | Hotel | Ground | Parking | Total |
|---|---|---|---|---|---|---|
| Moana M. Lutey | $186.20 | $120.00 | $278.54 | $250.02 | $49.00 | $883.76 |
| Laureen Martin | $186.20 | $120.00 | $343.18 | | $21.00 | $670.38 |
| | | | | | | $1,554.14 |

EXHIBIT " E "