IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, et. al., <br><br> Defendants. | CIVIL NO. CV 04-00449 SOM LEK <br><br> AFFIDAVIT OF MOANA M. LUTEY |

**AFFIDAVIT OF MOANA M. LUTEY**

STATE OF HAWAII     )
                    ) SS.
COUNTY OF MAUI      )

MOANA M. LUTEY, being first duly sworn upon oath, deposes and says:

1. I am an attorney licensed to practice law in all courts of the State of Hawaii and before the Federal Courts of the Hawaii District.

2. I am one of the attorneys representing County Defendants in the above-captioned matter.

3. Attached as Exhibits "A" through "E" are true and correct copies of what each exhibit purports to be.

4. On June 30, 2006, I left a telephone message for Mr. Ross and wrote to him and provided a copy of the proposed bill of costs. I requested that he contact me in order to discuss the costs we were seeking. I have not yet heard back from Mr. Ross.

5. I have made a good faith effort to confer with Mr. Ross

regarding the bill of costs.

6. The foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MOANA M. LUTEY

Subscribed and sworn to before
me this <u>30th</u> day of <u>June</u>, 2006.

_____
NOTARY PUBLIC, State of Hawaii
Print name: Kay A. Ogasawara
My commission expires: 7/1/09

L.S.