ARTHUR E. ROSS, #1005
126 QUEEN STREET, SUITE 210
HONOLULU, HAWAII 96813
TELEPHONE NO. 521-4343

RORY SOARES TOOMEY, #2323
1088 BISHOP STREET, SUITE 1004
HONOLULU, HAWAII 96813
TELEPHONE NO. 533-7162

Attorneys for Plaintiffs
BARBRA KALANIKIEKIE KAAPUNI
JON HANS KAAPUNI, Sr.
PAMELA NOHOLANI KAAPUNI
JON HANS KAAPUNI, Jr.
FALLON KALANIKIEKIE KAAPUNI and
TYRAH NOHOLANI KAAPUNI by her best friend
JON HANS KAAPUNI, Sr.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBRA KALANIKIEKIE KAAPUNI, JON HANS KAAPUNI, Sr., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, Jr., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI, by her best friend JON HANS KAAPUNI, Sr. <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, in his individual capacity, STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, | CIVIL NO. 04-00449 SOM-LEK <br><br> NOTICE OF MOTION; PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

```
KELLY ARLOS, in his individual capacity, )
JAMIE WINFREY, in her individual          )
capacity, HAROLD MANOIS, in his           )
individual capacity, KENA BROWN, in her   )
individual capacity, and                  )
THE COUNTY OF MAUI,                       )   DATE:  _____
                                          )   TIME:  _____
              Defendants.                 )   JUDGE: _____
                                          )
_____)
```

## NOTICE OF MOTION

TO:    BRIAN T. MOTO      5421
          Corporation Counsel
          MOANA M. RAMAYA   6385
          Deputy Corporation Counsel
          Department of Corporation Counsel
          County of Maui
          200 S. High Street
          Wailuku, Hawaii 96793
          Attorney for Defendant
          COUNTY OF MAUI

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable _____, in the courtroom of said judge in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawai'i, on _____, at the hour of _____ a.m./p.m. of said day, or as soon as counsel may be heard.

DATED: Honolulu, Hawai'i, July 10, 2006.

                                                       /s/ Arthur E. Ross
                                                       ARTHUR E. ROSS
                                                       RORY SOARES TOOMEY
                                                       Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKEKIE KAAPUNI, JON HANS KAAPUNI, Sr., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, Jr., FALLON KALNIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI, by her best friend JON HANS KAAPUNI, Sr.<br><br>Plaintiffs<br><br>vs.<br><br>CARLTON HELM, in his individual capacity, STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANOIS, in his individual capacity, KENA BROWN, in her individual capacity, and THE COUNTY OF MAUI,<br><br>Defendants. | CIVIL NO. 04-00449 SOM-LEK<br><br>PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL |

## MOTION TO WITHDRAW AS COUNSEL

ARTHUR E. ROSS, Esq. and RORY SOARES TOOMEY, Esq., attorneys for

the Plaintiffs in the above-entitled matter move this Honorable Court for an order

allowing their withdrawal as counsel because of profound disagreements, conflicts

3

and irreconcilable differences with their clients.

This motion is brought pursuant to L. R. 83.6 and Rule 47 of the the Federal Rules of Civil Procedure and is supported by the Declaration of Counsel attached to the pleadings and files of record herein.

DATED: Honolulu, Hawaii, July 10, 2006.

                                            /s/ Arthur E. Ross
                                            ARTHUR E. ROSS
                                            RORY SOARES TOOMEY
                                            Attorneys for Plaintiffs