IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBRA KALANIKIEKIE KAAPUNI, JON HANS KAAPUNI, Sr., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR. FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI, by her best friend JON HANS KAAPUNI, Sr., <br><br>　　　　　　　Plaintiffs, <br><br>vs. <br><br>CARLTON HELM, in his individual capacity, STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFEY, in her individual capacity, HAROLD MANOIS, in his individual capacity, KENA BROWN, in her individual capacity, and THE COUNTY OF MAUI, <br><br>　　　　　　　Defendants, | CIVIL NO. 04-00449 SOM-LEK <br><br> DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, Arthur E. Ross, declare as follows:

1.  I, along with Rory S. Toomey, represent the plaintiffs in the above-entitled civil action, which matter has been terminated either by an order granting

5

summary judgment or by a final judgment entered June 14, 2006 following a trial on damages to the door used by the police to gain access to plaintiffs' house.

2. The Plaintiffs have profound disagreements, conflicts and irreconcilable differences with their attorneys regarding legal strategy and arguments, including the viability of an appeal and we thus can no longer continue to represent them.

3. Furthermore the Plaintiffs have been unable to pay for the legal services rendered and certainly will not be able to pay or cover the costs of an appeal.

I declare under penalty of law that the foregoing statements are true and correct to the best of my knowledge.


DATED: Honolulu, Hawaii, July 10, 2006.


_____
ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorney for the Plaintiffs