## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, a true and correct copy of the foregoing document was duly served via U.S. Mail to the following parties at their last know address.

| TO: | HAND DELIVERY | U.S. MAIL |
|---|---|---|
| BRIAN T. MOTO    5421<br>Corporation Counsel<br>MOANA M. RAMAYA  6385<br>Deputy Corporation Counsel<br>Department of Corporation Counsel<br>County of Maui<br>200 S. High Street<br>Wailuku, Hawaii 96793<br>Attorney for Defendant<br>COUNTY OF MAUI | [ ] | [ X ] |

BARBRA KALANIKIKIEKIE KAAPUNI, et al
859 Kikipua Street
Kaunakakai, Molokai, Hawaii 96748
Plaintiffs

DATED: Honolulu, Hawaii, July 10, 2006.

ARTHUR E. ROSS
RORY SOARES TOOMEY
Attorney for Plaintiffs

7