```
DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO                     5421
Corporation Counsel
MOANA M. LUTEY                    6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\no op to mtn Ross withdrawal.wpd

Attorneys for Defendants
  CARLTON HELM, CHRISTINA HALL, KELLY PAUOLE, JAMIE WINFREY,
HAROLD MANAOIS, KAENA BROWN AND COUNTY OF MAUI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI,<br><br>Defendants. | CIVIL NO. CV 04-00449 SOM LEK<br>(Non-Motor Vehicle Tort)<br><br>DEFENDANTS' STATEMENT OF NO OPPOSITION AND NONAPPEARANCE RE: PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL; CERTIFICATE OF SERVICE |

**DEFENDANTS' STATEMENT OF NO OPPOSITION AND**

**NONAPPEARANCE RE: PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL**

Defendants CARLTON HELM, CHRISTINA WILLIAMS, KELLY PAUOLE, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN, AND COUNTY OF MAUI ("Defendants"), by and through their attorneys, Brian T. Moto, Corporation Counsel, and Moana M. Lutey, Deputy Corporation Counsel, hereby state that they take no position in Plaintiffs' Motion to Withdraw as Counsel. County further states that they wil not participate at the hearing on the said Motion.

DATED:   Wailuku, Maui, Hawaii, July 17, 2006.

                              BRIAN T. MOTO
                              Corporation Counsel
                              Attorney for Defendant
                                CARLTON HELM, CHRISTINA HALL,
                              KELLY PAUOLE, JAMIE WINFREY,
                              HAROLD MANAOIS, KAENA BROWN
                              AND COUNTY OF MAUI

                              By /s/ Moana M. Lutey
                                MOANA. M. LUTEY
                                Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CARLTON HELM, et al.,<br><br>        Defendants. | CIVIL NO. CV 04-00449 SOM LEK<br>(Non-Motor Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on July 17, 2006, upon the following parties:

|  | Fax/Email | U.S. Mail |
|---|---|---|
| Arthur E. Ross, Esq.<br>126 Queen Street, Suite 210<br>Honolulu, Hawaii 96813 | XX | |
| Rory Soares Toomey, Esq.<br>1088 Bishop Street, Suite 1004<br>Honolulu, Hawaii 96813<br>(Attorneys for Plaintiffs) | XX | |

DATED:  Wailuku, Maui, Hawaii, June 17, 2006.

                                BRIAN T. MOTO
                                Corporation Counsel
                                Attorney for Defendants
                                  CARLTON HELM, CHRISTINA HALL,
                                  KELLY PAUOLE, JAMIE WINFREY,
                                  HAROLD MANAOIS, KAENA BROWN AND
                                  COUNTY OF MAUI

                                By /s/ Moana M. Lutey
                                    MOANA M. LUTEY
                                    Deputy Corporation Counsel