DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO                5421
Corporation Counsel
MOANA M. LUTEY               6385
Deputy Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii   96793
Telephone No.: (808) 270-7740
S:\ALL\MMR\CIV\Kaapuni\Ap to Issue of Post-Judgment Garnishee Summons.wpd

Attorneys for CARLTON HELM, CHRISTINA WILLIAMS,
 KELLY ARLOS, JAMIE WINFREY, HAROLD MANAOIS,
 KAENA BROWN AND COUNTY OF MAUI


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR., FALLON KALANIKIEKIE KAAPUNI, and TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR., <br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CARLTON HELM, in his individual capacity; STAG SAGARIO, in his individual capacity, CHRISTINA WILLIAMS, in her individual capacity, KELLY ARLOS, in his individual capacity, JAMIE WINFREY, in her individual capacity, HAROLD MANAOIS, in his individual capacity, KEANA BROWN, in her individual capacity, and the COUNTY OF MAUI,<br><br>　　　　　　Defendants. | CIVIL NO. CV 04-00449 SOM LEK (Non-Motor Vehicle Tort)<br><br>COUNTY DEFENDANTS' APPLICATION FOR ISSUANCE OF POST-JUDGMENT GARNISHEE SUMMONS; DECLARATION OF MOANA M. LUTEY; EXHIBITS "A" - "C"; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS |

**COUNTY DEFENDANTS' APPLICATION FOR
<u>ISSUANCE OF POST-JUDGMENT GARNISHEE SUMMONS</u>**

Defendants CARLTON HELM, CHRISTINA WILLIAMS, KELLY ARLOS, JAMIE WINFREY, HAROLD MANAOIS, KAENA BROWN, and the COUNTY OF MAUI ("County Defendants"), by and through their attorneys, BRIAN T. MOTO, Corporation Counsel, and MOANA M. LUTEY, Deputy Corporation Counsel, hereby moves this Honorable Court to issue a garnishee summons directed to Garnishee DEPARTMENT OF POLICE for the County of Maui ("hereinafter "Garnishee") for money owed to the County of Maui currently in its possession, and directing Garnishee to release that money to the Department of Finance for the County of Maui.

This motion is made pursuant to Hawaii Revised Statutes § 652-1(b) and Rule 69 of Federal Rules of Civil Procedure, the records and files herein, the exhibits attached hereto and the attached Declaration of Moana M. Lutey.

DATED: Wailuku, Maui, Hawaii, July 28, 2006.

                        BRIAN T. MOTO
                        Corporation Counsel
                        Attorney for
                          COUNTY DEFENDANTS

                        By   <u>/s/ Moana M. Lutey</u>
                            MOANA M. LUTEY
                            Deputy Corporation Counsel