AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

BARBARA KALANIKIEKIE KAAPUNI, et al.,

        Plaintiffs,

V.

CARLTON HELM, et al.

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CIVIL 04-00449SOM-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

June 16, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

This Action came before the Court for a trial by Jury. The Defense, having then moved the Court for Judgment as a Matter of Law, and the Court having granted said motion, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants' and against Plaintiffs.

cc:    All Counsel

\_\_\_\_June 16, 2006\_\_\_\_                  \_\_\_\_SUE BEITIA\_\_\_\_
Date                                            Clerk

                                                              \_\_\_\_[signature]\_\_\_\_
                                                              (By) Deputy Clerk

EXHIBIT "___A___"