# MAUI COUNTY POLICE DEPARTMENT — RECORDS
## PROPERTY REPORT FORM 137

**REPORT NO.:** 04-07272

### TYPE OF PROPERTY

**PRISONER PROPERTY RECEIPT**
- DATE ARRESTED:
- CHARGE:
- NAME OF PRISONER / LAST / FIRST / MIDDLE:
- OFFICER CONDUCTING SEARCH:
- DISTRICT REPORT NO.:
- PRISONER SIGNATURE:
- DATE PROPERTY TAKEN - TIME:
- WITNESS TO SEARCH:

**PROPERTY RECEIPT**
- OFFICER RECEIVING PROPERTY:
- DATE PROPERTY REC. - TIME:
- NAME OF OWNER (IF KNOWN) / LAST / FIRST / MIDDLE / ADDRESS:

**X EVIDENCE RECORD**
- CLASSIFICATION: PRO DANG II
- DATE OCCURRED: 012404
- RECOVERED BY / NAME: HELM, C. 012113
- DATE RECOVERED - TIME: 012404  0920
- COMPLAINANT: AIKALA, Ryan — c/o: Maui Police Department, Wailuku, HI
- NAME OF OWNER: KAAPUNI Jr., Jon H. — 859 Kikipua Street, Kaunakakai, HI
- LOCATION/PERSON RECOVERED FROM: 859 Kikipua Street, Wailuku, HI — 859 Kikipua Street, Wailuku, HI
- WITNESS TO RECOVERY: ARLOS, Kelly M. — c/o: Maui Police Department, Wailuku, HI

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY:**
Below described items was recovered and submitted as evidence.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 127 | US CURRENCY | Assorted U.S. currency. | | $5,085.00 | 04-07272<br><br>PROMOTION OF A<br><br>DANGEROUS DRUG II<br><br>HELM, C.<br>e#12113<br><br>012404@0920hours |

### CHAIN OF CUSTODY / PROPERTY TRANSFER

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1-1 | HELM, C. 012113 | | | |

**REPORT WRITTEN BY:** HELM, C. 012113
**DATE:** 01 24 04
**TIME:** 1250
**SUPERVISOR APPROVAL:** DODS, R. 000304

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER ____ THE ABOVE-DESCRIBED PROPERTY.
I HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE-DESCRIBED PROPERTY.

| SIGNATURE | ADDRESS / STREET / CITY / TOWN / STATE | DATE | TIME |
|---|---|---|---|
| | | | |

**FINAL DISPOSITION OF PROPERTY:**  DATE:   TIME:

EXHIBIT "C"

CORPORATION COUNSEL COPY  000011