IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, et al., | CIVIL NO. CV 04-00449 SOM LEK (Non-Motor Vehicle Tort) |
| Plaintiffs, | ORDER GRANTING COUNTY DEFENDANTS' EX PARTE MOTION |
| vs. | FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |
| CARLTON HELM, et al., | |
| Defendants. | |

**ORDER GRANTING COUNTY DEFENDANTS' EX PARTE
MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT**

On motion and supporting declaration of the above-named County Defendants and upon showing made,

The foregoing Ex Parte Application for Issuance of Post-Judgment Garnishee Summons is GRANTED and it is hereby ordered that a Garnishee Summons shall issue according to law.

DATED: Wailuku, Maui, Hawaii, _____.


_____
JUDGE OF THE ABOVE-ENTITLED COURT