# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/02/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 04-00449SOM-LEK

CASE NAME: Barbara Kalanikiekie Kaapuni, et al. vs. Carlton Helm, et al.

ATTYS FOR PLA: Arthur E. Ross

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: Leslie E. Kobayashi        REPORTER: FTR-Courtroom 7

DATE: 08/02/2006                  TIME: 9:13-9:18

---

COURT ACTION:  EP: Plaintiffs' Motion to Withdraw as Counsel - Three (3) calls made for Jon Hans Kaapuni, Sr, Barbara Kalanikiekie Kaapuni and anyone named Kaapuni, there was no response.

Motion Granted and terminated.

Address of:

859 Kikipua Street
Kaunakakai, Molokai, Hawaii 96748

is to be entered for all Plaintiffs.  Attys Arthur E. Ross and Rory S. Toomey are to be terminated as representing Plaintiffs.

Submitted by: Warren N. Nakamura, Courtroom Manager