IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CARLTON HELM, et al., <br><br> Defendants. | CIVIL NO. CV 04-00449 SOM LEK <br> (Non-Motor Vehicle Tort) <br><br> ORDER GRANTING COUNTY DEFENDANTS' EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |

**ORDER GRANTING COUNTY DEFENDANTS' EX PARTE
MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT**

On motion and supporting declaration of the above-named County Defendants and upon showing made,

The foregoing Ex Parte Application for Issuance of Post-Judgment Garnishee Summons is GRANTED and it is hereby ordered that a Garnishee Summons shall issue according to law.

DATED: Honolulu, Hawai`i, August 2, 2006.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge