IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE) | CIVIL NO. CV 04-00449 SOM LEK |
| KAAPUNI, et al., ) | (Non-Motor Vehicle Tort) |
| ) | |
| Plaintiffs, ) | GARNISHEE SUMMONS |
| vs. ) | |
| ) | |
| CARLTON HELM, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

## GARNISHEE SUMMONS

**TO ANY PERSON AUTHORIZED TO SERVE PROCESS IN THE STATE OF HAWAII**

You are commanded to leave a true and correct copy of this summons and order with the garnishee named below.

**TO: Thomas Phillips, Chief of Police**
**Department of the Police**
**County of Maui**
**55 Mahalani Street**
**Wailuku, Hawaii 96793**

You, as Garnishee, are hereby summoned to appear personally before the Judge presiding in the above-entitled proceeding in the PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii, at **9:30** o'clock a.m., on **September 12, 2006,** before the Honorable Leslie E. Kobayashi, Judge of the above-entitled Court, OR to file a written disclosure in the above-entitled Court and serve a copy of it on the judgment creditor above-named ("Judgment Creditor") or Judgment Creditor's attorneys within 20 days after service of this summons upon you, exclusive of the date of service.  If you are a federal agency, pursuant to 5 U.S.C. §5520a(d), you have 30 days to respond.

Your disclosure must be made under oath.  It must state whether:

a.  You have, or at the time of service of this garnishee summons had, in your possession any goods or effects belonging or owed to judgment debtor above-named ("Judgment Debtor"), and if so, the nature, amount and value of the goods or effects; or

b.  You are, or at the time of service of this garnishee summons were, indebted to Judgment Debtor, and if so the nature and amount of the debt; or

c.  Judgment Debtor was in receipt of any salary, wages, commissions, stipend, annuity, net income, or portion of net income under a trust, and if so the amount or rate thereof.

You, as Garnishee, are HEREBY ORDERED to hold and secure from the time of service of this summons and until further ordered by the court, an amount of money which shall not exceed 120% of the amount of the judgment indicated above, including costs and interest, as approved by Chapters 652 and 653 of the Hawaii Revised Statutes.

Dated:  August 2, 2006

SUE BEITIA, CLERK OF COURT


by:      /s/ Anna F. Chang (SEAL)


Anna F. Chang
Deputy Clerk