DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO         5421
Corporation Counsel
MOANA M. LUTEY        6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax No.: (808) 270-7152

S:\ALL\MMR\CIV\Kaapuni\Return of Garnishee.wpd

Attorneys for Defendants COUNTY OF MAUI,
 CARLTON HELM, RONALD SAGARIO, CHRISTINA WILLIAMS,
 KELLY ARLOS, JAMIE WINFREY, HAROLD MANAOIS AND
 KAENA BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, JON HANS KAAPUNI, SR., PAMELA NOHOLANI KAAPUNI, JON HANS KAAPUNI, JR. FALLON KANALIKIEKIE KAAPUNI, AND TYRAH NOHOLANI KAAPUNI by her best friend JON HANS KAAPUNI, SR., <br><br>           Plaintiffs, <br><br>     vs. <br><br> COUNTY OF MAUI, CARLTON HELM, RONALD SAGARIO, CHRISTINA WILLIAMS, KELLY ARLOS, JAMIE WINFREY, HAROLD MANAOIS, AND KAENA BROWN, <br><br>           Defendants | CIVIL NO. 04-00449 SOM-LEK (Other Non-motor vehicle tort) <br><br> RETURN OF GARNISHEE; AFFIDAVIT OF THOMAS PHILLIPS; EXHIBIT "A";  CERTIFICATE OF SERVICE |

**RETURN OF GARNISHEE**

COME NOW, Garnishee Maui Police Department, through Thomas M. Phillips, Chief of Police, and its attorneys, BRIAN T. MOTO, Corporation Counsel, and MOANA M. LUTEY, Deputy Corporation

Counsel, hereby make the following disclosure in accordance with Hawaii Revised Statutes, Chapter 652 and 653, by the affidavit attached hereto.

DATED: Wailuku, Maui, Hawaii, August 11, 2006.

>BRIAN T. MOTO
>Corporation Counsel
>Attorney for County Defendants
>
>
> /s/ Moana M. Lutey
>MOANA M. LUTEY
>Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, ) <br> JON HANS KAAPUNI, SR., PAMELA ) <br> NOHOLANI KAAPUNI, JON HANS ) <br> KAAPUNI, JR. FALLON KANALIKIEKIE) <br> KAAPUNI, AND TYRAH NOHOLANI ) <br> KAAPUNI by her best friend JON ) <br> HANS KAAPUNI, SR., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF MAUI, CARLTON HELM, ) <br> RONALD SAGARIO, CHRISTINA ) <br> WILLIAMS, KELLY ARLOS, JAMIE ) <br> WINFREY, HAROLD MANAOIS, AND ) <br> KAENA BROWN, ) <br> ) <br> Defendants ) <br> _____) | CIVIL NO. 04-00449 SOM-LEK <br> (Other Non-motor vehicle tort) <br> <br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on August 11, 2006, upon the following party, by depositing same in the U. S. mail, postage prepaid, at his last known address:

    Barbara Kalanikiekie Kaapuni
    Jon Hans Kaapuni, Sr.
    Pamela Noholani Kaapuni
    Jon Hans Kaapuni, Jr.
    Fallon Kanalikiekie Kaapuni
    Tyra Noholani Kaapuni
    P.O. Box 462
    Kaunakakai, Hawaii 96748

    DATED: Wailuku, Maui, Hawaii, August 11, 2006.

                                    BRIAN T. MOTO
                                    Corporation Counsel
                                    Attorney for County Defendants

                                     /s/ Moana M. Lutey
                                    MOANA M. LUTEY
                                    Deputy Corporation Counsel