IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, et. al.,　　　　　　　　) ) ) | CIVIL NO. CV 04-00449 SOM LEK |
| Plaintiffs,　　　　　　) ) | |
| vs.　　　　　　　　　　　) ) | AFFIDAVIT OF THOMAS M. PHILLIPS |
| CARLTON HELM, et. al.,　) ) | |
| Defendants.　　　　　) ) | |

## AFFIDAVIT OF THOMAS M. PHILLIPS

STATE OF HAWAII      )
                     ) SS.
COUNTY OF MAUI       )

THOMAS M. PHILLIPS, being first duly sworn upon oath, deposes and says:

1. I am the Chief of Police for the County of Maui. I have been the Chief of Police for the County of Maui since August 1998.

2. Unless otherwise stated, I make this affidavit upon personal knowledge and am competent to testify to the matters stated herein.

3. The Maui Police Department is in possession of $5,085.00 in U.S. currency.

4. Based upon information and belief, the $5,085.00 U.S.

currency in possession of the Maui Police Department was recovered from the Kaapuni residence during the execution of a search warrant on January 24, 2004.

    5.   A true and accurate copy of the Maui County Police Department Property Report, which documents the $5,085.00 recovered by the Maui Police Department, is attached hereto as Exhibit "A."

    FURTHER AFFIANT SAYETH NAUGHT.

_____
THOMAS M. PHILLIPS

Subscribed and sworn to before me this 7th day of August, 2006.

_____
NOTARY PUBLIC, State of Hawaii
Print name: June Nouchi
My commission expires: 9.28.07