# MAUI COUNTY POLICE DEPARTMENT RECORDS
## PROPERTY REPORT FORM 137

**REPORT NO. 04-07272**

**TYPE OF PROPERTY:**

- PRISONER PROPERTY RECEIPT
  - DATE ARRESTED:
  - CHARGE:
  - NAME OF PRISONER (LAST, FIRST, MIDDLE):
  - OFFICER CONDUCTING SEARCH:
  - DISTRICT REPORT NO.:
  - PRISONER SIGNATURE:
  - DATE PROPERTY TAKEN - TIME:
  - WITNESS TO SEARCH:

- PROPERTY RECEIPT
  - OFFICER RECEIVING PROPERTY:
  - DATE PROPERTY REC. - TIME:
  - NAME OF OWNER (IF KNOWN) (LAST, FIRST, MIDDLE):
  - ADDRESS:

- **X** EVIDENCE RECORD
  - CLASSIFICATION: PRO DANG II
  - DATE OCCURRED: 012404
  - RECOVERED BY NAME: HELM, C. 012113
  - DATE RECOVERED - TIME: 012404  0920
  - COMPLAINANT: AIKALA, Ryan — c/o: Maui Police Department, Wailuku, HI
  - NAME OF OWNER: KAAPUNI Jr., Jon H. — 859 Kikipua Street, Kaunakakai, HI
  - LOCATION/PERSON RECOVERED FROM: 859 Kikipua Street, Wailuku, HI — 859 Kikipua Street, Wailuku, HI
  - WITNESS TO RECOVERY: ARLOS, Kelly M. — c/o: Maui Police Department, Wailuku, HI

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY:**
Below described items was recovered and submitted as evidence.

| IT. NO. | QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|---|
| 1 | 127 | US CURRENCY | Assorted U.S. currency. | | $5,085.00 | 04-07272<br><br>PROMOTION OF A<br><br>DANGEROUS DRUG II<br><br>HELM, C. e#12113<br><br>012404@0920hours |

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| ITEM NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| 1-1 | HELM, C. 012113 | | | |

REPORT WRITTEN BY: HELM, C. 012113
DATE: 01 24 04
TIME: 1250
SUPERVISOR APPROVAL: DODS, R. 000304

RECEIVED OF THE CHIEF OF POLICE, PER OFFICER _____ THE ABOVE DESCRIBED PROPERTY.
I HEREBY CERTIFY THAT I AM THE LEGAL OWNER OR LEGAL AGENT OF OWNER OF THE ABOVE-DESCRIBED PROPERTY.

SIGNATURE | ADDRESS STREET | CITY | TOWN | STATE | DATE | TIME

FINAL DISPOSITION OF PROPERTY | DATE | TIME

EXHIBIT "A"

CORPORATION COUNSEL COPY  0000011