CV 04-00449SOM-LEK
re: Document [137]

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARBARA KALANIKIEKIE KAAPUNI
859 KIKIPUA STREET
KAUNAKAKAI, HI 96748

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Lihau Castor — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Lihau Castor
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0009 4304 4648

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JON HANS KAAPUNI, SR
859 KIKIPUA STREET
KAUNAKAKAI, HI 96748

(stamp: RECEIVED AUG 10 2006 CLERK U.S. DISTRICT COURT DISTRICT OF HAWAII)

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Lihau Castor — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Lihau Castor
- C. Date of Delivery: AUG
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0009 4304 4655

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JON HANS KAAPUNI, JR
859 KIKIPUA STREET
KAUNAKAKAI, HI 96748

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Lihau Castor — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Lihau Castor
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0009 4304 4631

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

CV 04-00449SOM-LEK
re: Document [137]

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PAMELA NOHOLANI KAAPUNI
   859 KIKIPUA STREET
   KAUNAKAKAI, HI 96748

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Lihau Castor — ☐ Agent ☒ Addressee
B. Received by (Printed Name): Lihau Castor
C. Date of Delivery: AUG 2006
D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0009 4304 4686

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FALLON KALANIKIEKIE KAAPUNI
   859 KIKIPUA STREET
   KAUNAKAKAI, HI 96748

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Lihau Castor — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Lihau Castor
C. Date of Delivery: AUG 2006
D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0009 4304 4662

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TYRAH NOHOLANI KAAPUNI
   859 KIKIPUA STREET
   KAUNAKAKAI, HI 96748

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Lihau Castor — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Lihau Castor
C. Date of Delivery: AUG 2006
D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0009 4304 4679

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540