IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI, et al., | CIVIL NO. CV 04-00449 SOM LEK (Non-Motor Vehicle Tort) |
| Plaintiffs, | GARNISHEE ORDER FOR PROPERTY IN POSSESSION OF GARNISHEE |
| vs. | |
| CARLTON HELM, et al. | |
| Defendants. | |

**GARNISHEE ORDER FOR PROPERTY IN POSSESSION OF GARNISHEE**

Pursuant to §652-1(b) of the Hawaii Revised Statutes, this Court entered Judgment on June 16, 2006 against Plaintiffs Barbara Kalanikiekie Kaapuni, Jon Hans Kaapuni, Sr., Pamela Noholani Kaapuni, Jon Hans Kaapuni, Jr., Fallon Kalanikiekie Kaapuni, and Tyrah Noholani Kaapuni for a total amount of Eight Thousand Three Hundred Thirty Seven and 45/100 Dollars ($8,337.45). Thomas Phillips, Chief of Police for the County of Maui, having been personally served with a garnishee summons on August 4, 2006 responded with a Disclosure filed herein on August 11, 2006, in indicating that Garnishee is holding Five Thousand Eighty Five and 00/100 Dollars ($5,085.00), which belongs to Judgment Debtor and is not exempt from garnishment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Garnishee pay to judgment creditor's attorney, Moana Lutey, whatever monies it has in its possession belonging to the Judgment Debtor in a sum, however, not to exceed the amount of Eight Thousand Three Hundred

Thirty Seven and 45/100 Dollars.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAI`I, December 15, 2006.



    /s/ Leslie E. Kobayashi
    Leslie E. Kobayashi
    United States Magistrate Judge

**Barbara Kalanikiekie Kaapuni, et al., v. Carlton Helm, et al.,** Civil No. 04-00449 SOM-LEK; GARNISHEE ORDER FOR PROPERTY IN POSSESSION OF GARNISHEE