IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BARBARA KALANIKIEKIE KAAPUNI; ) <br> JON HANS KAAPUNI, SR., PAMELA ) <br> NOHOLANI KAAPUNI; JOHN HANS  ) <br> KAAPUNI, JR.; FALLON          ) <br> KALANIKIEKIE KAAPUNI; and     ) <br> TYRAH NOHOLANI KAAPUNI by her ) <br> best friend JOHN HANS         ) <br> KAAPUNI, SR.,                 ) <br>                         ) <br>       Plaintiffs,       ) <br>                         ) <br>    vs.                        ) <br>                         ) <br> CARLTON HELM, in his          ) <br> individual capacity; STAG     ) <br> SAGARIO, in his individual    ) <br> capacity; CHRISTINA WILLIAMS, ) <br> in her individual capacity;   ) <br> JAMIE WINFREY, in her         ) <br> individual capacity, HAROLD   ) <br> MANAOIS, in his individual    ) <br> capacity, KEANA BROWN, in her ) <br> individual capacity; and the  ) <br> COUNTY OF MAUI,               ) <br>                         ) <br>       Defendants.       ) <br>                         ) | CIVIL NO. 04-00449 SOM <br><br> ORDER GRANTING MOTION FOR <br> ENTRY OF JUDGMENT |

**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT**

On March 15, 2016, almost ten years after this court's last mandate in the litigation, Defendants filed this motion to renew the judgment entered by this court against the Plaintiffs on June 16, 2006, on the ground that the judgment has not been satisfied.  See ECF No. 145, PageID # 347.  Plaintiffs do not oppose Defendants' motion.

For the following reasons, Defendants' motion is granted.

In 2004, Plaintiffs brought suit against Defendants
asserting various claims relating to Defendants' execution of
search warrants for Jon Kaapuni, Jr., and the property believed
to be his residence.  See ECF No. 90.  Defendants prevailed on
all claims and Judgment was entered against Plaintiffs on June
16, 2006.  See ECF No. 124.  Pursuant to the Judgment, Defendants
were awarded costs totaling $8,337.45.  See ECF No. 130.

On December 27, 2006, a Garnishee Order for Property in
Possession of Garnishee was issued against Plaintiffs in the
amount of $5,085.00.  See ECF No. 143.  The Garnishee Order was
credited to the Judgment, leaving an outstanding principal
balance of $3,252.45.  See ECF No. 145-1, PageID # 353.

Defendants bring the present motion to renew the June
2006 Judgment.  Under Haw. Rev. Stat. § 636-3, "Any money
judgment, order, or decree of a state court or the United States
District Court for the District of Hawaii shall be a lien upon
real property" when a certified copy is recorded in the bureau of
conveyances.  Haw. Rev. Stat. § 636-3.  However, "No such lien
shall continue beyond the length of time the underlying judgment,
order, or decree is in force."  Id.

Haw. Rev. Stat. § 657-5 provides that, "Unless an
extension is granted, every judgment and decree of any court of
the State shall be presumed to be paid and discharged at the
expiration of ten years after the judgment or decree was

2

rendered." Haw. Rev. Stat. § 657-5. "No extension of a judgment or decree shall be granted unless the extension is sought within ten years of the date the original judgment or decree was rendered."

Defendants allege that they are still owed a principal sum of $3,252.45, plus interest in the amount of $1,568.25, on the Judgment, for a total amount of $4,820.70. See ECF No. 145-1, PageID #s 353-54. Defendants assert that they are entitled to interest pursuant to 28 U.S.C. § 1961(a). This statute provides:

> Interest shall be allowed on any money judgment in a civil case recovered in a district court. . . . Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding[] the date of the judgment.

See id. Plaintiffs have not challenged the amounts they allegedly owe.

Nor do Plaintiffs challenge the timeliness of Defendants' motion. Defendants' motion was brought on March 15, 2016, within ten years of the Judgment issued on June 16, 2006. For the purposes of Haw. Rev. Stat. § 636-3 and Haw. Rev. Stat. § 657-5, the Judgment against Plaintiffs has not expired and Defendants' motion is timely.

The court there grants Defendants' unopposed Motion for Entry of Judgment. Judgement is renewed against Plaintiffs in

3

the new principal amount of $4,820.70.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, April 18, 2016.



      /s/ Susan Oki Mollway

      Susan Oki Mollway
      United States District Judge

Kaapuni, et al. v. Helm, et al., Civ. No. 04-00449 SOM; ORDER GRANTING MOTION FOR
ENTRY OF JUDGMENT